Mindy S. Novick (SBN 251083)
novickm@jacksonlewis.com
Adam Y Siegel (SBN 238568)
siegela@jacksonlewis.com
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Tel:  (213) 689-0404
Fax:  (213) 689-0430

Attorneys for Defendant
NTH DEGREE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHN CREATIVE PARTNERS, INC., an Illinois corporation<br><br>              Plaintiff,<br><br>       vs.<br><br>NTH DEGREE, INC. aka BEYOND THE NTH DEGREE, INC.,  a Delaware corporation; and DOES 1 TO 10, inclusive,<br><br>              Defendants. | **CASE NO.:  CV10-00932 JST (FFMx)**<br><br>[Assigned to the Hon. Josephine Staton Tucker]<br><br>**COMPENDIUM OF EVIDENCE IN SUPPORT OF DEFENDANT NTH DEGREE INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY  JUDGMENT**<br><br>**(F.R.C.P. Rule 56)**<br><br>[*Filed concurrently with Defendant's Notice of Motion; Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, Proposed Order, and Proposed Judgment*]<br><br>Date:            March 14, 2011<br>Time:           10:00 a.m.<br>Courtroom:   10A<br><br>Complaint filed:   February 8,  2010<br>Trial Date:           May 10, 2011 |

1  **TO THE HONORABLE COURT, PLAINTIFF AND TO THEIR**
2  **ATTORNEYS OF RECORD:**

3      Defendant Nth Degree ("Defendant" or "Nth Degree") hereby submits the
4  following evidence in support of its Motion for Summary Judgment Or, In The
5  Alternative, Partial Summary pursuant to this Court's Standing Order, ¶9(c) as follows:

6

7  **I.  DECLARATION OF ROBERT LOWE:**

8  Email from Robert Lowe to Karen Daniele dated July 25, 2008.................................**Tab 1**
9  RSA Request for Proposal dated January 26, 2009 .....................................................**Tab 2**
10  RSA Conference 2010 Agency Request for Information dated March 30, 2009 ........**Tab 3**
11  Email from Robert Lowe Patty Anderson, among others, dated March 31, 2009.......**Tab 4**
12  RSA Conference 2010 Proposal submitted by KCP and Nth Degree..........................**Tab 5**
13  Email from Sandra Toms-Lapedis to Robert Lowe, among others, dated
14  May 13, 2009..............................................................................................................**Tab 6**
15  Email from Robert Lowe dated June 5, 2009...............................................................**Tab 7**
16  Nth Degree Press Release dated June 23, 2009 ...........................................................**Tab 8**

17  **II.  DECLARATION OF MINDY S NOVICK:**

18  Email from Sharon Weber to Robert Lowe dated July 18, 2009 ................................**Tab 9**
19  Email chain dated August 6, 2008................................................................................**Tab 10**
20  Meeting Request from Sharon Weber dated July 28, 2008 .......................................**Tab 11**
21  Nondisclosure Agreement dated January 22, 2009......................................................**Tab 12**
22  Email from Sharon Weber to Robert Lowe, among others, dated
23  December 10, 2008.......................................................................................................**Tab 13**
24  Email chain including email from Sharon Weber dated December 6, 2008 .............**Tab 14**
25  KCP Budget regarding RSA Conference dated April 29, 2009...............................**Tab 15**
26  Email from Robert Lowe to Sharon Weber, among others, dated
27  February 16, 2009 including attached Excel Spreadsheet .........................................**Tab 16**
28  Email chain dated March 25, 2009................................................................................**Tab 17**

1  Email chain including email from Jean Drumm dated April 29, 2009 ......................**Tab 18**

2  Excel Spreadsheet ................................................................................**Tab 19**

3  Email from Sandra Toms-Lapedis dated February 6, 2009 .........................................**Tab 20**

4  Email chain including email from Sharon Weber dated February 7, 2009

5  including attached Creative Brief...........................................................**Tab 21**

6  Correspondence from Sharon Weber to Paula Belikove dated February 9, 2009 .....**Tab 22**

7  Email from Paula Belikove to Sharon Weber dated April 1, 2009...........................**Tab 23**

8  Email chain dated May 4, 2009...........................................................**Tab 24**

9  Meeting Invitation from Dean Hills dated June 5, 2009............................................**Tab 25**

10  Email chain between Annie Jenkel and Sharon Weber dated

11  June 13, 15 & 17, 2009...................................................................**Tab26**

12  Email chain including email from Sharon Weber dated June 18, 2009.....................**Tab 27**

13  Email from Mike Trovalli, with attachment, dated June 26, 2009 ...........................**Tab 28**

14  Excerpts from Joint Proposal of JD Edwards and Jack Morton ...............................**Tab 29**

15  Email from Mike Trovalli to Primary Partners of Kahn Creative dated

16  March 17, 2009.............................................................................**Tab 30**

17  Email chain including email from Bill Kahn to Jim Schaper dated June 10, 2009...**Tab 31**

18  Email chain including email from Robert Lowe to Sharon Weber dated

19  January 12, 2009............................................................................**Tab 32**

20  Email chain including email from Robert Lowe to Dean Hills dated

21  January 22, 2009............................................................................**Tab 33**

22  KCP Complaint filed February 8, 2010 ...................................................**Tab 34**

23  Email from Robert Lowe to Sharon Weber, among others, dated March 13, 2009 ..**Tab 35**

24  Email from Robert Lowe to Sharon Weber, among others, dated March 13, 2009 ..**Tab 36**

25  Email from Robert Lowe to Sharon Weber and Dean Hills, dated May 26, 2009 ....**Tab 37**

26  Email chain including email from Robert Lowe dated May 17, 2009.......................**Tab 38**

27  Email chain dated February 20 & 24, 2009 ............................................**Tab 39**

28  Email from Robert Lowe dated February 16, 2009 ................................................**Tab 40**

| CASE NO.:  CV10-00932 DSF (FFMx) | 3 | COMPENDIUM OF EVIDENCE IN SUPPORT OF  DEFENDANT  NTH DEGREE INC.'S MOTION FOR SUMMARY JUDGMENT |
|---|---|---|

1    Excerpts from Bill Kahn Deposition dated December 13, 2010................................**Tab 41**

2    Excerpts from Sharon Weber Deposition dated January 5, 2011 .............................**Tab 42**

3    Excerpts from Dean Hills Deposition dated January 11, 2011 .................................**Tab 43**

4    Excerpts from Michael Trovalli Deposition dated January 13, 2011 .......................**Tab 44**

5    Excerpts from Robert Lowe Deposition dated January 6, 2011 ...............................**Tab 45**

6    **III.**    **DECLARATION OF ADAM Y. SIEGEL:**

7    Excerpts from Jeannie Blair Deposition dated January 11, 2011 .............................**Tab 46**

8    Email from Adam Y. Siegel, counsel for Defendant to David Masutani

9    Counsel for Plaintiff, dated January 27, 2011 ..........................................................**Tab 47**

10

11    Dated: February 8, 2011        JACKSON LEWIS LLP

12

13                         By:    /s/ Mindy S. Novick

14                              Mindy S. Novick

15                              Adam Y. Siegel

16                              Attorneys for Defendant

17                              Nth Degree, Inc.

18

19

20

21

22

23

24

25

26

27

28

Declaration of
Robert Lowe

Mindy S. Novick (SBN 251083)
Novickm@jacksonlewis.com
Adam Y Siegel (SBN 238568)
siegela@jacksonlewis.com
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Tel:   (213) 689-0404
Fax:  (213) 689-0430

Attorneys for Defendant
NTH DEGREE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHN CREATIVE PARTNERS, INC., an Illinois corporation<br><br>Plaintiff,<br>vs.<br>NTH DEGREE, INC. aka BEYOND THE NTH DEGREE, INC., a Delaware corporation; and DOES 1 TO 10, inclusive, Defendants. | CASE NO.:  CV10-00932 JST (FFMx)<br><br>[Assigned to Hon. Josephine Staton Tucker]<br><br>**DECLARATION OF ROBERT LOWE IN SUPPORT OF DEFENDANT NTH DEGREE, INC.'S MOTION FOR SUMMARY JUDGMENT , OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>**(F.R.C.P. Rule 56)**<br><br>[*Filed concurrently with Defendant's Notice of Motion, Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, Compendium of Evidence, Proposed Order, and Proposed Judgment*]<br><br>Date:           March 14, 2011<br>Time:          10:00 a.m.<br>Courtroom:   10A<br><br>Complaint filed:   February 8, 2010<br>Trial Date:   May 10, 2011 |

# DECLARATION OF ROBERT LOWE

I, Robert Lowe, declare and state as follows:

1.     I am currently a vice-president and Event Architect for Nth Degree.  I have been employed with Nth Degree since approximately August 2002, and have held my current positions since approximately early 2004.

2.     I have personal knowledge of the following facts, and if called upon to testify as a witness, could competently testify as follows.

3.     Nth Degree's headquarters are in Duluth, Georgia with offices around the United States and the world.  Nth Degree is a global event marketing and management company and its President is John Yohe.

4.     One of my primary responsibilities as a vice-president and event architect for Nth Degree is to manage and produce the annual RSA Conference ("RSAC").  I have been directly involved in managing and producing the RSAC since Nth Degree was first hired to perform such services in 2004.  RSAC is a forum for IT security experts to gather and share the latest knowledge and advancements in the area of internet security.  Sandra Toms-Lapedis is the RSAC General Manager and Paula Belikove oversees and manages marketing for RSAC.  Ms. Toms-Lapedis is RSAC's primary contact with Nth Degree since the relationship began in 2004.

5.     The key members of Nth Degree's team for managing and producing RSAC include myself, Account Manager Jeannie Blair, and Sponsorship Strategist Karen Daniele.  However, approximately twenty (20) total employees from Nth Degree are involved in managing and producing RSAC.

6.     In addition to Nth Degree employees working on the RSAC, Bruce Porter, who acts as the RSAC Executive Producer, is a member of the team.  Mr. Porter has been a member of the RSAC team for several years.  Mr. Porter is not an employee of Nth Degree nor has he entered into a partnership with Nth Degree.  Instead, he separately

1  signs a contractor agreement with Nth Degree.  Mr. Porter is also an individual line-item
2  in the budget that Nth Degree submits to RSAC.

3      7.    In order to first obtain the RSAC business in 2004, Nth Degree submitted a
4  response to RSA's request for proposal in 2003.  Nth Degree joined with another
5  company, Champion, to submit the proposal.  Ultimately, RSA awarded Nth Degree the
6  contract to manage and produce the RSAC, while not selecting Champion.

7      8.    Nth Degree has continued to manage the RSAC from 2004 to the present.
8  During the 2005 and 2006 conferences, Nth Degree was also awarded the task of
9  marketing for RSAC, however, RSAC decided to award that work to another company
10  beginning in 2007.

11      9.    During 2008, I contacted Sharon Weber, who, as a freelance brand strategist
12  had supported Nth Degree with another project unrelated to RSAC.  I believed that Ms.
13  Weber could help Nth Degree once again obtain the marketing aspects of the RSAC work
14  and we thus discussed the idea of her working with Nth Degree on the RSAC.  She
15  informed me that she was no longer a freelancer and that she had joined Kahn Creative
16  Partners ("KCP").  KCP's main principals, based on my understanding of its
17  organization, included Bill Kahn, Sharon Weber, Mike Travolli, Dean Hills, and Jean
18  Drumm. I met with the principals of KCP to discuss this possible relationship.  Attached
19  hereto as **Exhibit 1** is a true and correct copy of an email I prepared to Karen Daniele
20  regarding a call with Sharon Weber and Bill Kahn dated July 25, 2008.

21      10.    Subsequently, I learned that RSAC was going to once again send out a
22  request for proposal to select a company or companies to produce, manage, and market
23  the RSAC for 2010.  On January 26, 2009, RSAC issued its Request for Proposal.
24  Attached hereto as **Exhibit 2** is a true and correct copy of the Request for Proposal
25  ("RFP") issued by RSAC.  Prior to the issuance of the RFP, Nth Degree signed a Non-
26  Disclosure Agreement with RSAC.  KCP signed its own Non-Disclosure Agreement.

27

28

11.     While Nth Degree and KCP jointly worked on the response to the RFP, on March 31, 2009, RSAC issued a Request for Information seeking specific proposals for the creative and marketing aspects of the RSAC.  Attached hereto as **Exhibit 3** is a true and correct copy of the "RSA Conference 2010 Agency Request for Information" which Nth Degree and KCP received. Attached hereto as **Exhibit 4** is a true and correct copy of an email I prepared to the Nth Degree team dated March 31, 2009, that includes a description of Ms. Weber's conversation about marketing with Ms. Toms-Lapedis

12.     On May 8, 2009, Nth Degree and KCP submitted their response to the RFP and RFI.  Attached hereto as **Exhibit 5** is a true and correct copy of the "Proposal for RSA Conference 2010" submitted by Nth Degree and KCP.  On May 28, 2009, Nth Degree and KCP gave a presentation to RSAC based on their response to the RFP and additional inquiries from RSAC related to a New York Times article about David and Goliath.  Attached hereto as **Exhibit 6** is a true and correct copy of an email I received from Sandra Toms-Lapedis dated May 13, 2009.  On June 5, 2009, KCP gave another presentation to RSAC via conference call solely related to the RFI.

13.     Also on June 5, 2009, I was informed that RSAC had awarded Nth Degree the management and production elements of the RSAC conference.  At that point, it was my understanding that no decision had been made regarding the creative and marketing elements of RSAC.  Attached hereto as **Exhibit 7** is a true and correct copy of an email I prepared dated June 5, 2009 regarding the award.  Later in June, I learned that KCP was not awarded the creative and marketing portions of the response to the RFP and RFI.

14.     Attached hereto as **Exhibit 8** is a true and correct copy of Nth Degree's Press Release regarding being awarded the management and production of the RSAC, dated June 23, 2009.

15.     Nth Degree did not sign its contract to manage and produce the RSAC until February 2010.

1        I declare under penalty of perjury, under the laws of the United States that the

2   foregoing is true and correct.

3

4        Executed this 4TH day of February 2011, at Houston, Texas.

5

6

7                          Robert Lowe

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO.:  CV10-00932 JST (FFMx)          5          DECLARATION OF ROBERT LOWE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**TAB 1**

| **From:** | Robert Lowe <rlowe@nthdegree.com> |
| **Sent:** | Friday, July 25, 2008 6:38 AM |
| **To:** | Karen Daniele <KDaniele@nthdegree.com> |
| **Subject:** | Call with Sharon Weber and Bill Kahn |

Karen,

I talked to Sharon for a minute last night and she wondered if you, I, Sharon and Bill Kahn could get on a call on Monday to just chat about the possibility of some sort of alliance?  Do you have time Monday that we could do this?

Robert Lowe | VP - Event Architect, Nth Degree Events | p 281.304.9566 | c 281.851.7548
Nth Degree Events | www.nthdegreeevents.com | Connecting People and Business

D 01655

**TAB 2**

# RSA, The Security Division of EMC

# Request for Proposal

## Submitted to Nth Degree

## For planning and execution of the 2010 RSA Conferences

*Date Issued: 26 JAN 2009*
*Proposal Due Date: 8 MAY 2009*

***Confidential Information Notice:*** *The following document contains information that is proprietary and confidential to EMC, RSA Security Inc. and the RSA Conferences (collectively "RSA"). Disclosure of this information could place RSA at a competitive disadvantage. Except as may be required for your internal preparation of the proposal and response hereto, this document and information contained herein may not be copied or distributed in any form. Any other reproduction or disclosure is strictly prohibited. Suppliers/vendors are required to execute and return to RSA the Non-disclosure Agreement, included as Exhibit A, prior to any review of this request for proposal.*

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04022

# Table Of Contents

**Introduction** ................................................................................................ **4**

    Company Overview ................................................................................ 4

**About RSA Conference** ................................................................................ **4**

    Class Tracks ........................................................................................ 5

    Keynotes .............................................................................................. 7

    Other Special Interest Programming ..................................................... 7

    Peer2Peer ........................................................................................... 7

    Meet-up and Table for 6 ....................................................................... 7

    Monday "E-vents" ................................................................................. 7

    Exposition ............................................................................................ 8

    Theme .................................................................................................. 8

    Attendees ............................................................................................. 9

**Mission & Goals of the RSA Conference** ................................................... **10**

    Mission ................................................................................................. 10

    RSA Conference 3-5 Year Goals .......................................................... 10

**Expected Targets for the 2010 Conferences** .............................................. **10**

**Project Timeline** ........................................................................................... **11**

**2010 Conference Specifics** .......................................................................... **11**

**Part 1: Event Specifications** ........................................................................ **12**

    Subsection 1: Overall Budget/Revenue Management ............................ 13

    Subsection 2: Sales, Exhibition Hall, Common Space, General Services 13

    Subsection 3:  Marketing ...................................................................... 14

    Subsection 4: Registration and Attendee Badging ................................ 16

    Subsection 5:  Venue Management ....................................................... 16

    Subsection 6: Production ....................................................................... 17

    Subsection 7: Education Management ................................................... 18

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04023

Part 2: Business Acumen.................................................................. 19

Provider Requirements and Evaluation............................................ 20

Proposal Contents ........................................................................ 22

Proposal Process........................................................................... 24

Appendix A: Financial Summary Table ............................................ 25

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04024

# RSA Conference 2010

Request for Proposal

## Introduction

RSA is requesting proposals for the strategic, creative and logistical planning and execution of the world's leading information security conferences, RSA Conference, taking place March 1-5, 2010 at the San Francisco Moscone Center and RSA Conference Europe which takes place each October in a central European location.

The information in this proposal provides details regarding the requirements for the RSA Conferences. This proposal does not constitute an offer to contract, but rather represents a definition of specific requirements and an invitation to the recipient to submit a response addressing RSA's requirements.   Issuance of this proposal, your preparation and submission of a response, and the subsequent receipt and evaluation of your response by RSA does not commit RSA to award a contract to any bidder even if all of the requirements stated in the proposal are met.  Only the execution by RSA of a written contract will obligate RSA in accordance with the terms and conditions contained in such contract.

Your proposal will constitute an offer to do business on the terms stated therein and, should a contract result, RSA may, at its option, incorporate all or part of your proposal in said contract.   Your company should treat the terms of this proposal and all other information provided by RSA in connection with this initiative as strictly confidential.

RSA reserves the right to accept or reject any or all responses to this proposal and to enter into discussions and/or negotiations with more than one qualified supplier at the same time should such action be in the best interest of RSA.  This proposal does not commit RSA to pay any expense incurred by you or your company in the preparation of your response.  All responses and supporting documentation or material to this proposal shall become the property of RSA.

### Company Overview

RSA, The Security Division of EMC, is the premier provider of security solutions for business acceleration, helping the world's leading organizations succeed by solving their most complex and sensitive security challenges. RSA's information-centric approach to security guards the integrity and confidentiality of information throughout its lifecycle - no matter where it moves, who accesses it or how it is used. RSA offers industry-leading solutions in identity assurance & access control, data loss prevention, encryption & key management, compliance & security information management and fraud protection. These solutions bring trust to millions of user identities, the transactions that they perform, and the data that is generated.

## About RSA Conference

RSA Conference drives the information security agenda with annual events in the U.S., Europe and Japan, and through 365 – its content rich information security portal.

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04025

Throughout its 18-year history, RSA Conference has consistently attracted the world's best and brightest minds in the field, creating opportunities for conference attendees to learn about IT security's most important issues through first-hand interactions with peers, luminaries associated with both emerging and established companies. As the IT security field continues to grow in importance and influence, RSA Conference plays an integral role in keeping security professionals across the globe connected and educated.

The Conference was founded by RSA Security ("RSA") and 2010 marks its 19-year year of production in the United States.  The Conference is an industry event where security professionals gather to learn and exchange information.  It is also a networking event for industry notables, computer security professionals, researchers, RSA customers and RSA employees.  In the U.S., the Conference has grown from a unique _RSA_ gathering of 50 experts in cryptography, into a _security industry_ event of more than 17,000 IT/Security professionals and 400+ exhibiting companies and organizations, while the Europe. Conference attracts approximately 1,400 delegates and 30 exhibiting companies.

## Class Tracks

The central attraction to the Conference is the content. With over 240 class sessions to choose from at the U.S. Conference, all content is "tracked" to make selecting which classes to attend easier.  In 2009, the following class tracks were used (please note the Europe Conference has around 70 class sessions which fall into a sub-set of the following tracks):

1.  **Applications & Development** (formerly Developing with Security): Sessions in this track will focus on topics related to the secure development, implementation and operation of package and custom developed applications, whether they are legacy, Web-based, or other (e.g., peer-to-peer).  This track will also include sessions related to applied cryptography.

2.  **Business of Security** (formerly Business Trends & Impact):  Non-implementation issues about the security industry, such as strategic trends, financing (e.g., VC investment in security start-ups) and broad service offerings such as auditing and systems integration will be discussed in this track.

3.  **Cryptography**: Cryptography is ever changing and this academically-focused and refereed track for mathematicians and computer scientists offers presentations of the very latest papers about the science of cryptography.

4.  **Enterprise Security Services** (formerly Authentication, Identity & Access Management): In this track you'll hear research, implementation and deployment of solutions for AAA, data leakage protection, enterprise rights management, forensics, and other enterprise security-related services, as well as vulnerability assessments and penetration testing.

5.  **Governance – Legal**: Security and the battle for justice go hand-in-hand.  Topics in this track range from unintended consequences due to legislation and legal rulings, to liability from negligence claims by private litigants.

6.  **Governance – Policy & Government**: Policies and requirements promulgated by government entities impact information security in both the public and private sector. This track covers topics related to current and emerging regulations, legislation,

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04026

national security, law enforcement, and government procurement issues applicable at the federal, state, local and international levels.

7. **Governance – Risk & Compliance**: Sessions in this track focus on risk mitigation, compliance, and standards.

8. **Hackers & Threats – 2 tracks**: In this advanced technical track you'll hear detailed discussions about social engineering (spam, phishing, pharming, etc.), vulnerabilities, exploits that are in the wild.

9. **Hosts** (formerly covered by Enterprise Defense): Learn about issues related to functional hosts connecting to a network that are not directly related to network-level security or interconnectivity, for example, servers, endpoints (desktops, laptops, printers, multi-function devices), mobile communications devices, embedded systems and issues related to the operation of devices (operating systems, virtualization, endpoint security capabilities).

10. **Networks** (formerly covered by Enterprise Defense): Regardless of communications media (wired – copper, fiber optic; wireless – Bluetooth, IR, 802.11x, satellite), network-level security devices and issues (firewalls, IDS/IPS), interconnectivity devices (routers, switches, hubs), protocols and trends will be examined in this track.

11. **Physical Security**: Sessions in this track will focus on physical security, including topics such as video surveillance and analytics. Critical infrastructure protection topics, such as SCADA and distributed/process control systems will also be covered in this track.

12. **Professional Development**: Learn about individuals' technical and business/management training and career development, as well as staff and personnel management in the Professional Development track. This track has ½ the sessions as a regular class track.

13. **Research Revealed**: In this advanced technical track you'll hear discussions about research into social engineering (spam, phishing, pharming, etc.), vulnerabilities, exploits and how to combat these problems.

14. **Strategy & Architecture** (formerly Deployment Strategies): Architectural and strategic planning considerations for the deployment of security-enabled technologies, as well as trends in emerging technologies, aligning security to other business units, and security metrics.

15. **Featured Speakers** (formerly Industry Experts): Our largest room for our most popular speakers; a variety of topics of broad interest are discusses.

16. **Sponsored Sessions**: Sessions in this class track are reserved for top (Diamond, Platinum, and Gold) sponsors of the U.S. event.

17. **Hot Topics**: To cover pressing issues that may develop between the close of the call for papers, and the start of the Conference, we have created this track. Sessions in this track are selected by members of the RSA Conference team, and decided upon close to the event. This track has ½ the sessions as a regular class track.

Occasionally, new tracks are added (and old ones are removed) to keep abreast of developments in the security industry.

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04027

Sessions are selected by a panel of information security professionals from a variety of industries, companies, titles and backgrounds. Competition for speaking sessions at RSA Conference is fierce; we receive over 2,600 for the 240 speaking slots available in the U.S., and nearly 500 for the 70 speaking slots available in Europe.

Class sessions can be either 50-minutes or 70-minutes in length.

## Keynotes

For the past few years, there have been 9 sponsor keynote slots in the RSA U.S. line up. Sponsors keynote sessions are typically 30-minutes in length and occur during the first three keynote days of the Conference (typically, sponsor keynote sessions are not held on the last day of the Conference).

Intermixed with these vendor sessions, there are a few panels and interesting guest speakers. Topics for these sessions are not purely information security related. For example, one panel discussed the use of social networking sites by sexual predators; another speaker discussed creating intelligent machines by studying the composition of the brain. These sessions often feature powerful and inspiring speakers (e.g., Gen. Colin Powell, Former VP Al Gore, Homeland Sec. Michael Chertoff, etc.).

Please note, there are around 8 keynote slots in total at the Europe Conference.

## Other Special Interest Programming

A variety of programming was developed to help bring our attendees together in smaller groups and intimate sessions; providing a unique opportunity for attendees to share expertise and solve issues with peers. The range of topics discussed is as multifaceted as our audience; thus we have developed a range of programming to help bring like minded attendees together.

### Peer2Peer

Small group discussions (30 people) centered on one topic; topic proposals are submitted by attendees, and selected by a separate program committee. Sessions usually last 50-minutes.

### Meet-up and Table for 6

Meet ups are very small group discussions (10 or less) centered on one topic; topics are suggested and selected on site by attendees. A separate room is provided for these meetings.

Table for 6 is similar, but is a no-host dinner held at a restaurant venue. Attendees traveling by themselves usually appreciate these dinners as more preferable than eating alone.

### Monday "E-vents"

Several one day programs are held on and off site on the Monday of Conference week. These sessions are invite only events.

---

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04028

1) Executive Security Action Forum (ESAF): Exclusive invitation-only forum for C-level executives of Global 1000 companies, Federal and State governments (largest 10 states in USA). Interactive forum is designed by a program committee of past ESAF attendees and includes discussions about today's security challenges. This forum is vendor agnostic. (U.S. only)

2) Experienced Security Professional Program (ESPP): Invite-only sessions designed for attendees with 10 or more years of experience in information security. Interactive sessions are developed by a program committee of attendees with the requisite number of years of experience. Attendees are selected to attend based on their answers to registration questions. (U.S. only)

3) eFraud Network LIVE (eFN): Invitation-only forum for senior executives from the global anti-fraud ecosystem: merchants, law enforcement, financial institutions, payment/credit card, government, ISPs, high-tech. The goal of this all- day, vendor agnostic event is to facilitate cross-industry discussion to enable improved detection of fraudsters and prevention of fraud. (U.S. and Europe)

4) Innovation Sandbox: a half-day, interactive program where attendees can explore the technologies that will help transform the information security industry The program will includes demonstrations from start-ups and early stage companies; most innovative company at RSA Conference 2009 contest, judged by a panel of industry experts, VCs and thought leaders; "whisper" suites showcasing new R&D breakthroughs from industry leading company labs, as well as university labs; and interactive whiteboard sessions focused on security challenges and facilitated by information security experts (U.S. only)

**Tutorials**

One-day and Two-day technical tutorials are offered (for an additional fee) to attendees. Topics are usually very technical, or highly specialized; and may involve hands-on teaching methods. Typically, RSA enters into an agreement with SANs Institute to deliver the 2-day sessions on a revenue share basis.

**Exposition**

The U.S. exposition draws over 400+ exhibiting companies and organizations. Booth sizes range from 10x10 to 30x50. The expo floor gives the attendees the opportunity to network with suppliers and hear about the latest products and technologies.

Sponsorships are sold in 4 distinct categories; benefits and prices are tiered. Tiers range from Diamond, Platinum, Gold and Silver and special recognition and benefit is given to "global" sponsorships (meaning sponsorship of both the U.S. and European conference).

In Europe, there are around 30 exhibiting companies.

**Theme**

Every year the Conference has assumed a theme, which usually relates to a historic instance of encryption or cryptography. For example, the 2002 theme commemorated Mary Queen of Scots, who in 1586 attempted to overthrow Queen Elizabeth I of England. Mary's plot was discovered after a cipher she was using to communicate to her co-

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04029

conspirators was broken. A list of past themes can be found on our website: https://365.rsaconference.com/docs/DOC-1071.

The 2010 theme will be the Rosetta Stone, an Ancient Egyptian artifact which was instrumental in advancing modern understanding of hieroglyphic writing (see: http://en.wikipedia.org/wiki/Rosetta_Stone).

The theme is applied liberally throughout Conference materials, including direct mail, keynote staging, Conference banners, giveaways, evening activities, convention center, advertising, etc.

However, the "theme" is only used for conference elements. The RSA Conference business has its own brand and is used for business purposes, as well as branding for our 365 web site and our one-day events that are targeted at specific groups, such as C-suite.

## Attendees

Attendees cover a large and diverse demographic, but can generally be summarized as:

- Technical professionals (i.e., information technology/information systems professionals, CISSP and other security credential holders, application developers, engineers, technical marketing and business development),

- C-suite executives (CIO, CTO, CSO, CISO),

- Government officials (from organizations as diverse as GAO, NSA, Social Security Administration, Department of Defense, Federal Aviation Administration, Homeland Security, NIST, FBI),

- Policy makers (Congressional representatives, Americas for Computer Privacy, EFF),

- Special interest associations (e.g., attorneys seeking continuing education credits), and

- Research organizations (academics, cryptographers).

The audience for the U.S. Conference is primarily drawn from North America  (87%) and experienced (35% have 10+ years experience in security; 29% are VP/Directors/or above) and technical (37% are IT/IS/security; 16% are engineers/developers). Top verticals include financial services, government, computer security, and software development. The delegates for the Europe Conference come from 50+ countries with a heavy emphasis on Northern Europe.  The experience and technical split is similar to that of the U.S. event.

Other important stats:

- *Exclusive– 49% of the RSA Conference audiences has not been to any other conference or exhibition in the past year.*

- *Average attendee involved in the security industry for about 8 years and spends an average of 51% of their time overseeing, managing or implementing information security projects.*

---

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04030

- *82% are male; 2/3 are between the ages of 35 and 54 (average age is 42).*

- *The value an attendee received from the RSA Conference is rated above average compared to industry norms.*

The RSA Conference U.S. is one of the most visible marketing events that RSA hosts during the entire year. The U.S. event is the flagship event for the business but also serves as the security conference benchmark for the industry.   Our Conference experience must be professional, educational, memorable, and collegial and inspire networking and the building/solidifying of professional relationships.

It is important to remember that the Conference is an industry event and should not be perceived as a vendor conference, RSA/EMC partner event or users group.   The participating companies are comprised of RSA/EMC competitors, as well as customers and partners.

## Mission & Goals of the RSA Conference

**Mission**

Produce industry events that provide innovative, creative and valuable educational experiences for all participants.

**RSA Conference 3-5 Year Goals**

- Increase technical depth and content of sessions.

- Grow 365 (www.rsaconference.com) "attendance" to surpass all in person events, combined.

- Become a model "green" event by reducing printed pieces and recycling or reusing materials.

## Expected Targets for the 2010 Conferences

- **Target Audience:** Continue to attract audiences described earlier; and seek out new attendees groups that are a natural fit for the Conference (verticals that are security sensitive.)

- **Total Number of Attendees:** U.S.: 15,000 - 18,000+; Europe: 1,200 - 1,400 +

- **Number of Full Conference Delegates:** 4,000 - 4,500 (including 300-400 tutorial attendees); Europe: 700 - 800

- **Number of Special Attendees**

  - Speakers: U.S.: 500; Europe: 130

  - Press/Analysts: 300; Europe: 100

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04031

- **Number of Exhibitors:** 400+; Europe: 40

## Project Timeline

**Dates of U.S. Conference:** March 1 - March 5, 2010

- Conference & Expo Load-in: February 26-March 1, 2010

- Pre-Conference Tutorials: February 28 – March 1, 2010

- E-vents: March 1, 2010

- Tracks and General Sessions: March 2-5, 2010

- Expo Hours:

    - March 1, 2010 @ 6-8:30 PM (Opening Reception)

    - March 2, 2010 @ 10 AM – 5 PM

    - March 3, 2010 @ 10 AM – 5 PM

    - March 4, 2010 @ 10 AM – 3 PM

- Conference & Expo Strike: March 5 – 6, 2010

**Location:** San Francisco Moscone Center North & South

The Europe Conference dates and timeline are to be confirmed but it will likely take place in October in London.

## 2010 Conference Specifics

**U.S. Conference**

- Conference Program: 5 days, Sunday – Thursday

- 240 individual presentations; over 500 speakers

- Expo Hall:  3 days of exhibits and one evening reception (night before expo is opened to the public and for full-Conference attendees only).

- Hotel Guest Rooms Nights:  5,000 peak

- Evening activities:

    - Welcome & Expo Reception, Monday (6 pm – 8:30 pm) on the expo show floor – open to full Conference attendees and exhibitors.

    - President's Dinner, Monday (7pm – 11pm), 120 people Invite-only

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04032

- eFraud Network Dinner, Monday (7pm – 11pm), 100 people Invite-only

- Speakers' Dinner, Tuesday (7pm – 11pm), 300 people. Invite only

- CODEBREAKERS BASH, Wednesday (7pm – 11pm), 2500 people.

**Europe Conference**

- Conference Program: 3 days, Tuesday – Thursday

- 80 individual presentations; over 130 speakers

- Expo Hall:  2 days of exhibits and 2 evening receptions (night before expo is opened to the public and for full-Conference attendees only).

- Hotel Guest Rooms Nights: 680 peak

- Evening activities:

  - Welcome & Expo Reception, Monday (6 pm – 8:30 pm) on the expo show floor – open to full Conference attendees and exhibitors.

  - Exhibition Happy Hour, Tuesday (6pm – 8.30 pm) on the expo floor – open to full Conference attendees and exhibitors

  - Speakers' Reception, Monday (7pm – 11pm), 100 people.

## Part 1: Event Specifications

This RFP is divided into two sections.  Part 1 outlines the areas of work for which RSA is seeking proposals, and is largely logistical in nature.   Part 2 aims to understand the strategic business acumen and knowledge that your organization can bring to this event.

Under Part 1, your organization can choose to submit a proposal on a few or all sections. If your organization does not submit on all sections, you should explain your methodology for getting the work complete (e.g., a partnership strategy with partners identified). Additionally, you can collaborate with other companies to present a joint proposal for services.

Please note that many of the sections are related.  If you choose to submit a proposal on one section, please make sure to read all sections of this proposal to get an adequate scope of work involved.

RSA is not seeking proposals for survey/evaluation services, event management system software, merchandising, housing services, or public relations.

If you have questions on any of the items outlined below, you will have an opportunity to ask questions and seek clarification (see Proposal Process section of this document).

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04033

## Subsection 1: Overall Budget/Revenue Management

- Work with RSA to develop overall event scope and budgets, including all expenses and expected revenue attainment.  Create payment schedules.

- Provide regular budget updates; develop a process for managing budget variances.

- Provide regular revenue tracking for exhibitor/sponsor sales, attendee registration and revenue, and hotel bookings.

- Develop pricing model for attendees with various levels including Early Bird Rate through to Full Delegate onsite registrants.

- Develop negotiable pricing structure and packages for exhibitor and sponsors, including global sponsors.

- Serve as central clearinghouse for all contractors and subcontractors (collect and pay invoices directly).

- Accurate post-show budget report showing final numbers and revenue collected based on projected targets.  Final report should be available 45-days after Conference closes.

- Maintain separate bank accounts for all RSA funds (separate non-interest bearing / non-zero balance checking account).  Should have separate $ and £ sterling accounts.

## Subsection 2: Sales, Exhibition Hall, Common Space, General Services

- Develop sales strategy to generate revenue for the Conferences, meeting or exceeding agreed upon revenue goals.  Determine needs, pain points and desires of sponsors and exhibitors (including educational needs of exhibitors – e.g., messaging to ROI).  Write contracts and sponsorship documents.  Develop a list of new prospects for RSA Conferences.

- Contact current and new prospects regarding sponsor and exhibitor opportunities (via telephone, face-to-face at other security shows, and by appointment).

- Develop materials and exhibitor and sponsor packages for onsite sales during 2010 Conferences.

- Attend the conferences to pre-sell for the 2011 conferences.

- Develop an exposition program that meets the operational needs and assists in maximizing the sales opportunities.  Once an exhibitor/sponsor is contracted: Coordinate the participation of each exhibitor/sponsor, develop an online Exhibitor Resource Center (ERC) that will provide all information necessary (information, order forms, deadlines, rules and regulations, etc) for exhibitors to use in their planning process; ensure the proper forms are received.  Manage deliverables related to sponsor promotional items.  Help to negotiate best pricing on merchandizing deliverables, and track all invoices and deliveries.

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04034

- Develop strategy for and execute exhibitor education programs (e.g., white papers, webcasts, etc.)

- Select and manage a general services contractor. Negotiate prices, services and business models with contractor.

- Manage set-up and tear down of expo; management show decorator and all expo service providers.

- Manage collections, process payments, and provide regular payments via wire transfer to RSA on an agreed upon schedule.

- Provide feedback mechanism for sponsor and exhibitors back to show management. Meet or exceed service satisfaction goals set and agreed upon by RSA and vendor in advance of the Conference.

- Provide full management services for the Exhibit Hall and other Common and Private meeting room space as required. Schedule and manage all meeting space contracted by RSA at Moscone Convention Center and Europe venue; act as liaison with both venues.

- Coordinate audio-visual equipment, furniture, electrical, phone and internet with appropriate suppliers; act as liaison with RSA or external supplier; keep track of costs associated with space.

- Pre-show communications and Press Complex: work with PR vendors to ensure their requirements are met regarding setup, move in and logistic needs of all Press related spaces under their management.

- Strategy and Management of wayfinding programs (e.g., MapYourShow, digital signs).

- Ancillary space management: work with RSA, exhibitors and vendors to assign and coordinate specifics for meeting space as agreed between parties: Assign space based on needs of each meeting (if available); coordinate vendor needs for conference specific meetings; send appropriate forms for vendor needs to those who contracted meeting space and they will coordinate and pay for services/goods on their own; provide assistance to all throughout pre-planning and ensure all teams have the necessary requirements.

- Signage: work with decorator to create signage plan/strategy; manage the production of directional, breakout, exhibitor/sponsor signage and banners; review signs for quality assurance; ensure timely delivery of all signs to venues; distribute signage on-site

## Subsection 3: Marketing

- Overall program management of professional and creative and marketing services, including coordination with external vendors for the activities indicated below. Your company will provide contact points and coordinate communications to RSA through reports, communications and regularly scheduled meetings. In addition to program management, your company will provide some copy writing services for the marketing program not provided by other external/third party vendors.

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04035

- Work in conjunction with the RSA Conference team to develop, define and refine strategy for marketing program as required for all aspects of program. Execute marketing strategies, plans, messages, and offers to attract/retain attendees, sponsors and exhibitors. Develop and produce all pre-Conference marketing materials (Web, email and direct mail). Develop and produce all materials distributed on site, including tutorial proceedings, flyer, program guides, maps, pocket guides, signage, and show daily.

- Creative theme development: Includes the development of creative concepts or participation in concept presentations (providing feedback on creative concepts developed by external agencies); appropriate licensing of photography and illustrations for use in print materials and website for U.S., Europe and Japan; and development of a brand guide.

- Marketing program management: Management of all marketing related items from financial management to additional tasks not identified in communications plan. Post-Conference wrap-up meetings and reporting.  Miscellaneous copywriting / editing / proofreading tasks as requested by other groups on the Conference team to ensure brand/voice compliance.  Miscellaneous design requests, logo manipulation, and creation of the rebook kit cover, the staff guide cover and archival CDs for other geos.

- Develop an executive messaging strategy for special audience segments, such as Member Circle (registrants who have attended 5 or more Conference), first time attendees, press, exhibitors/sponsors (branded Expo pass campaign), briefing center tickets, etc.

- Develop and execute a strategy for media barters with leading technology and business publications. Copyediting, proofreading, and project management of Conference magazine advertisements; management of all media partnership barter contracts to ensure compliance.

- Develop and execute an SMS communication or Twitter strategy for attendees, press, and speakers.

- Develop and execute a messaging strategy for keynote and class session walk-in loop.

- Work with decorator to develop appropriately themed materials for signs, aisle banners, outside scrim & entrance units, etc.

- Develop and execute a strategy to keep the website content current.  Note that the RSA Conference anticipates utilizing Wingate Web's event management system.

- Telemarketing: Management of telemarketing services to contact unregistered attendees prior to the Conference to remind them of upcoming registration deadlines. Management of acquisition and distribution of special offer.

- Management of search engine marketing program (strategy and execution of SEM campaigns).

- Management/execution of speaker communications – including call for papers campaign, speaker PPT templates, etc.

---

**15**

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04036

- Registration communications: develop/execute registrant confirmation letters, post registration newsletters, and post conference communications.

- Photographer: Management of professional services required to develop pre-Conference photography plan and detailed shot-list.  Management of Conference photographer on-site at the Conference.

- Public relations: manage payments for public relations firm (external vendor).

### Subsection 4: Registration and Attendee Badging

- Work closely with RSA to manage all aspects of registration, including: general registration design/paths, special registration sites (media, exhibitor, e-vents) and database design; pre-event registration management and processing; exhibitor lead retrieval sales and management; on-site registration and financial management; on-site badge production and distribution (to be provided by agreed upon RFID badge provider).

- Pre-show and on-site management of attendee registration process.  Attendees should be able to register via the web, telephone, fax or mail (by downloading a PDF from the web site).  Develop and execute on-site registration/bag pick up flow; minimize on-site congestion; escalate and resolve registration issues quickly.

- Manage attendee confirmation process (email confirmations).

- Payment of appropriate merchant credit card fees.

- Post-show reporting (including: final number of attendees, attendees per class session, areas of improvement, effectiveness of marketing vehicles, etc.) within 30-days of event.

- Provide post show continuing education credit reporting to ISC2 and American Bar Association.

### Subsection 5:  Venue Management

- Negotiate contracts/pricing and secure all the Conference venues and off-site events.

- Determine all meeting room requirements.  Coordinate all aspects of set-up and breakdown of event.  This includes but is not limited to the registration area, all meeting rooms including General Session, tracks, press areas, offices and Expo.

- Management of Moscone and Europe venues, including the general contractor and decorator, sub-contractors, suppliers, exhibitor appointed contractors and servicing all exhibiting companies.

- Arrange for the rental of any necessary equipment, such as office equipment.

- Manage all catering and associated banquet event orders according to agreed upon budget; manage all entertainment for events.  Evening activities included Welcome & Expo Reception (on show floor), President's Dinner (U.S. only), eFraudNetwork LIVE dinner; Speaker's dinner, and Conference BASH (U.S. only).  Other catering needs

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04037

include Pre-conference Tutorial continental breakfasts, lunch and snacks; Conference continental breakfast and snacks.

■ Manage all Conference transportation including but not limited to hotel shuttles, offsite transportation, VIP transfers etc.

■ Develop security plan.  Manage all onsite security requirements, such as badge checking at doors of class sessions/tutorials, exhibitor floor security, and evening security (at Conference venues and Gala event).

■ Infrastructure management: Management of communication vendors and Moscone center. Including oversight and guidance to technical partners insuring their delivery of technically proficient, error-free applications in support of RSA Conference requirements while adhering to published RSA Security IT guidelines. Create and execute show plan for Internet connectivity, secure wireless networking, and phone connectivity.  Manage on-site installation of conference networks and tear down. Get competitive bids for projects; review and payment of technical supplier invoices.

■ Temporary support (U.S. only): manage all aspects of temporary staff services pre-event and on site. Staffing requirements include:

   ■ All pre-planning and management of logistics, vendors and venue.

   ■ Management of all onsite and evening activities utilizing onsite temp help and skilled meeting managers.

   ■ Staffing for registration area, duration of Conference (Sat. – Thurs.).

   ■ Production (A/V) professionals for general session and class tracks.

   ■ Labor for Expo Hall for installation and dismantle of booths, electrical, communications/IP support, and all exhibitor services for show and expo hall.

   ■ Pre-show, onsite and post show speaker support.

   ■ Supervisor(s) for Expo Hall, during set-up, dismantle and expo hours.

   ■ Directional staff for badge checking and general assistance.

## Subsection 6: Production

■ Design and manage all production activities for the Event, including the Codebreaker's Bash for the U.S. Conference.

■ Talent, speaker research, booking and management (RSA to contract with talent).

■ Venue surveys, production schedule and rehearsal schedule.

■ Keynote & Classroom: technical direction, video, audio, lighting, labor, graphics, stage and scenic construction and rehearsals.  Management of all aspects of A/V and production for entire Conference (e.g., all track sessions, general sessions, etc).

17

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04038

- Crypto Commons/Innovation Sandbox (U.S. only): Multipurpose special workshop space and alternate viewing lounge for keynotes and Featured speaker content to include wireless and wired area for internet use.  Vendor management and oversight of the session recording and PowerPoint presentation syncing program and delivery/registration system

- Session Recordings:  Management of production services to record, edit and up load presentation audio and slide archives for all Sessions.

- Onsite supervision and staffing from Friday through Friday (from set-up through strike).

- Creative development for high impact opening segment and video elements; develop creative strategy for keynote sessions throughout the week.

- Speaker support for rehearsals and prior to presentations (in speaker ready rooms).

## Subsection 7: Education Management

- Manage Call for Papers program using Wingate tools.  Includes inserting past speaker scores into Wingate system; creating a mechanism for judges to review abstracts (e.g., on-line or paper based?). Manage speaker acceptance notifications as well as rejections (and reasons for rejections), and scheduling of sessions and speakers.  Also need to create and manage reports on content on a timely basis before, during, and post Call for Papers process.  Call for Papers is used for session speaking slots as well as P2P.

- Manage session and tutorial speakers, sponsor keynotes and P2P facilitators from selection through evaluation scores notification

- Develop an online Speaker Resource Center (SRC) that will provide information necessary (FAQ, deadlines, agreement and guidelines) for speaker to use in their planning process

- Gather, update and convert the speaker presentations to PDF format, then post the PDFs to the attendee website

- Maintain speaker database.

- Management of coaching program for a select group of speakers. Schedule, publicize, oversee, and provide follow up for 4 speaker webinars for all speaker participants.

- Manage post show follow-up with speakers, including delivering speaker scores and verbatim comments.

- Coordinate with RSA Room Facilitator manager, and assist Room Facilitators on-site

- Oversee room set up and provide ongoing management of classroom A/V

- Develop and negotiate contracts with Pre-Conference Tutorials 1-day and 2-day content partners; manage PCT content partners in support of related marketing copy deadlines.

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04039

- Manage execution of Monday "e-vents" including ESPP (Experienced Security Professional Program), eFraud Network LIVE, and ESAF (Executive Security Action Forum).  Manage invitation and RSVP process (using Wingate tools), production services and space utilization, development of program guide and printed agenda, speaker management.

## Part 2: Business Acumen

Part of the objectives for the RSA Conference is to continually improve and grow the events, to maintain leadership as the world's best information security conferences. Flawless execution of logistics and relevant/timely content are important components of this equation.  Close collaboration between RSA and a Conference partner who has the strategic ability to help RSA to enrich and improve the Conference .

To that end, it is incumbent upon you to demonstrate your ability to contribute to the strategic direction and growth of the Conferences.   What has your organization accomplished in this regard with other clients?  What makes your organization different in this regard?

To evaluate your organization, please answer the following questions:

1) Create a SWOT analysis of the US and European RSA Conferences.

2) Describe your experience with European and other international events similar to the RSA Conference (number of shows, locations, size of events, etc.).  How have you successfully integrated marketing materials and management of these events?  What is the easiest international location to do business in (and why); what is the hardest (and why)?  What general advice do you give to clients of European and other international events regarding show growth and ROI?

3) Describe any challenges you've faced in selling high-cost sponsorship packages, and providing value, to sponsors at European events of a similar size to RSA Conference Europe.  Have you ever designed a non-standard Exhibition for a European event before (e.g. provided meeting space as opposed to booth space)? If so, please outline your plans and the ROI outcome for sponsors and exhibitors.

4) What are the top 5 challenges you've come across in working with multi-cultural and multi-lingual audiences?   What particular challenges do you face at a European event that you don't at a U.S. event?

5) What are the top 5 challenges of implementing a global "look and feel" for events?  How has your agency met these challenges?

6) How would you propose to kick-off the transition process with RSA?

7) Describe the persona of a RSA Conference attendee for the event you attended (demographics, motivation, interests, why are they attending?).  How do you think that persona would change in the year 2015?

8) What is the greatest untapped potential that you noted about the 2009 event?

---

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04040

9) Describe (in detail) a marketing plan that would help RSA Conferences meet or exceed its 2010 attendance and revenue targets (note: plan should have a positive ROI; not looking for a blue sky plan).

10) How would you create a closer link from the RSA Conference to the RSA Conference 365 site?

11) What do you perceive as natural brand extensions for the RSA Conferences? Explain why.

12) Describe your partnering strategy with 3rd party suppliers brought in by your clients. Please provide examples of these relationships you currently have; and describe your best practices for making these relationships work.

13) What will the conference landscape look like in 2015?  What new technologies will people be using?  How will content delivery change?  How will attendees "consume" an event?

14) Select *ONE* reality TV show to describe your organization -- what is the show and why?

## Provider Requirements and Evaluation

We are looking for a provider that can continue our proud tradition of providing quality events at competitive prices.  We are also looking to partner with an event management firm who has the expertise to take the RSA Conferences to the next level.

To be considered for this project, your company will need to meet the following requirements:

- Your company must sign a non-compete agreement which would prohibit your organization from hosting or managing another conference related to information security.  Further, your company will be prohibited from working with certain vendors in the security industry without prior written approval from RSA.

- Members of your team must attend the 2009 RSA Conference in San Francisco to adequately scope the project.

- You must demonstrate an ability to work with other conference management firms internationally and other event planning and marketing specialists.

- You must demonstrate a track history of flawless execution of events the size and substance of the RSA Conferences.

- You must provide: 1) Your hourly rate pricing for the various levels of your staff along with a basic description of they type of work that is usually preformed at that level. 2) You must also propose/describe a business model for working with RSA, and demonstrate the profit you are expecting to make as a result of your work on the Conference (disclosing all commissions or areas of mark-up on your services). NOTE: The proposal will be awarded on a "price not to exceed" basis only and suppliers should complete table in Appendix B and return it with their response to this proposal.

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04041

- Provide on-going financial accounting for the Conferences and adhere to RSA's financial management requirements, such as:

    - Working with RSA on timing of progressive payments before during and after the Conferences.

    - Supplier will be responsible for all the billing and collections associated with the Conferences, and will be required to adhere to a wire transfer schedule defined by RSA.

    - Supplier will establish a separate bank account in their name for the collection of the cash receipts and payments related to the Conferences.

    - RSA maintains the right to inspect and audit any records to verify compliance with the agreement.  This includes the validation of the accuracy of all of the expense, revenue and cash receipts/payments related to the Conferences.  RSA has the right to complete the audit starting from the end date of the Conferences to a period of 2 years thereafter.

    - The vendor will keep the accounting for the Conferences in a separate general ledger and the records will need to be safeguarded and maintained by the vendor for a period of 3 years from the end date of the Conference. Detailed sub-ledgers should be maintained for all related accounting information for the Conferences with separate ledgers for the U.S. and Europe Conferences.

    - Within 45-days of the close of the Conferences, a final budget and invoice must be presented to RSA, along with complete post show analysis (demographics, number of attendee, etc.).  Additionally, a list of materials associated with the event must be turned over to RSA at this time (e.g., keynote recordings, databases, etc.).

    - Must manage to budget based on pricing projections.  Any variance in any direction will be discussed with RSA.  Overages must be approved in writing by RSA prior to expenditure.  Overages not in planning budget and not approved by RSA will not be paid by RSA.

- Your company must clearly demonstrate that it has the business acumen and track-history of strategically bringing events of this type to the next level.

RSA will evaluate each proposal based on, but not limited to the following factors:

- Experience with creating, implementing, managing events of this caliber and size (30% of the evaluation).

- Price competitiveness (15%).

- Quality and experience of staff submitted for this project (25%)

- Relationship with other clients, and customer satisfaction policies (10%).

- Demonstrated business acumen and ability to strategically work with clients to grow and add new dimensions to events/conferences (20%).

---

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04042

RSA does not have a preference for dealing with one vendor, or a few key vendors on portions of this proposal. RSA does have a preference for proximity of event management company staff – and will give preference to experienced staff located in the San Francisco Bay Area (the majority of attendees, exhibitors/sponsors, the Conference, and the RSA team are located in the Bay Area) and in the UK for the Europe Conference.

## Proposal Contents

Your company can bid on all, or portions of this proposal. We value working with organizations that have fine attention to detail, expansive creativity and interest in building a long-term relationship with RSA.

In addition to the items listed in the previous section, your proposal should answer the following questions:

1. List the conferences have you produced in the last three years for over 5,000 attendees in the U.S. and over 1,500 attendees in Europe. Include where the events were held, and what type of event it was (sales meeting, user group, association meeting, industry event, etc.).

2. Of your current revenues, what is the percentage generated from client events versus your own developed events? If you develop your own events, please provide us with the name of the event and web page where we can find out more information.

3. List your company's top 5 current customers.

4. Of the event specification requirements mentioned, what percentage would be completed internally by your organization versus subcontracting?

5. What are the roles and numbers of staff people you would place on these events?

6. What commissions, blind commissions or other amenities do you receive from your third party suppliers? How are these commissions or amenities distributed (i.e., passed through to client, shared with client, taken instead of fees for services, used for other projects?).

7. What expenses do you typically mark-up?

8. Does your company have a quality guarantee? How do you measure quality and success within the areas you are bidding on?

9. What is your company's privacy and ownership policy on information provided such as mailing lists, attendee registrations, sponsor/exhibitor lists etc.?

10. List all events you have produced in the Moscone Center and in Europe in the last three years, including:

   - Which expo halls were used

---

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04043

- Square footage of exhibitors

- Negotiation wins you were given by Moscone Center / Europe venue

- Locations and capacities of General Sessions

- Number of hotel rooms booked/blocked vs. used

- Number of attendees (full-conference vs. expo only)

- List the off-site venue locations you have used in San Francisco and the number of attendees at these events.

11. Provide data on sponsor/exhibitor sales goals and actual sales achieved for conferences produced the last 3 years.   Provide two examples of when sponsor/exhibitor sales were not tracking to goal.  Describe steps your company took to remedy the situations.

12. Provide a sample of "sanitized budget" (i.e., remove client's name) for your largest conference that you have produced.

13. How does your company handle Travel and Entertainment (T&E) charges in your billing? (i.e. % mark up, flat fee, etc.).

14. Explain your process of billing by the hour on projects.  Do your clients have the ability to review and question hours?  Do you bill a daily rate on-site?  If so, what are your daily rates?

15. Explain the marketing and sales abilities of your company and provide 3 sanitized examples of marketing plans for similar events.

16. Explain your capabilities internationally; and your ability to manage similar projects outside North America.

17. How do establish and measure growth for events?   Event improvements? Customer satisfaction?

18. In space and sponsorship sales, how do you measure exhibitor/sponsor satisfaction?

19. Provide a complete list of the offices of your operation and your headquarters location.  Provide details on where the team(s) working on RSA's project would be located, what their areas of responsibility will be, and their qualifications and years of experience in events.

20. List all of your industry associations and affiliations.

21. Briefly describe the qualities that differentiate your company from other companies your size.  Why is your company is the best company to provide quality services required for the RSA Conferences (add value) while focusing on cost containment?

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04044

## Proposal Process

Multiple vendors will be asked to submit proposals for this event.  You can submit a proposal for total management of the event, or for individual portions.  If you are bidding on the entire event, your pricing should be presented by each section defined in this proposal.

| DATE | EVENT | INSTRUCTIONS |
|---|---|---|
| Jan 26, 2009 | • General inquiries sent to agencies; notification of agency's intention to submit proposal.<br>• NDA's signed/proposal sent to agency. | • You are requested to promptly acknowledge your receipt of this proposal.<br>• Notify Sandra Toms LaPedis by email (Sandra@rsa.com) by Feb. 6, 2009 if you intend to submit a proposal.<br>• If you plan to participate in the proposal process, please fax your signed Non-disclosure |
| Feb. 13, 2009 | • Suppliers Conference Call | • All suppliers will be invited to participate in a group conference call; opportunity for agencies to clarify RFP expectations.  Submit your top three initial questions (via email to Sandra@rsa.com) no later than Feb. 11th. |
| Feb. 27, 2009 | • Supplier questions | • By this date, any additional questions should be emailed to Sandra Toms LaPedis at Sandra@rsa.com.  No telephone calls will be accepted prior to the receipt of the proposal responses. |
| April 20-24, 2009 | • RSA Conference 2009 (Moscone Center North & South) | • Your company representative(s) attend the RSA Conference.  We will provide you with two complimentary full-conference passes and 6 exhibition only passes. |
| May 8, 2009 | • Proposals due | • Please submit 2 hardcopies and an electronic copy of your proposal to our offices at:<br>    Sandra Toms LaPedis<br>    RSA Security Inc.<br>    177 Bovet Road, Ste. 200<br>    San Mateo, CA 94402<br>• **DO NOT EMAIL your proposal!**<br>• Written proposals are due by 4:00 p.m. PST Friday, May 8, 2009. |
| Beginning May 18, 2009 | • Presentations to RSA | • Selected agencies will be asked to make a formal presentation to RSA's San Mateo offices.  Suppliers will be notified by May 18, 2009 and will ask to present the week of June 1, 2009. |
| After June 1, 2009 | • Final supplier selection announced | • A formal notification will be sent to all suppliers that have responded to the proposal regarding the selection. |

Note that RSA reserves the right to change the terms of this proposal from the time it is offered until the proposal process is complete.  All costs connected with the proposal from inception to completion of the process regardless of whether an application is accepted or not is the sole responsibility of the applicant and RSA will not be responsible for any expenses incurred by any applicant.  RSA does not have to accept the lowest bid, nor is bound to accept any bid offered.

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04045

## Appendix A: Financial Summary Table

# RSA Conference U.S. 2010 Financial Summary Table

*To be filled out by agency and sent to RSA with response to proposal*

| Subsection 1: Overall Budget/Revenue management | | |
|---|---|---|
| *Activity* | *Costs* | *Explanation* |
| Development of strategic plan and budget. | | |
| Financial management: regular update/variance reporting. | | |
| Development of attendee pricing model. | | |
| Development of exhibitor and sponsor packages. | | |
| Bid review, negotiation and 3rd party payment schedules for services. | | |
| Post show reporting. | | |

| Subsection 2: Sales, Exhibition Hall, Common Space, General Services | | |
|---|---|---|
| *Activity* | *Costs* | *Explanation* |
| Development and execution of sales plan: including sales and prospecting. | | |
| Sponsor/exhibitor sales fee (for sales activities, if any) | | |
| Sponsor/exhibitor sales coordination (post sales support of sponsors & exhibitors) | | |
| Sales commission on sponsors (if any) | | |
| Sales commission on exhibitors (if any) | | |
| Sales commission or processing fee on attendees (if any) | | |
| Commission from exhibitor management company (i.e., show labor and booth providers), venues, etc. | | |
| Development and management of exhibitor education programs. | | |
| Financial management, reporting and collections. | | |
| Management of set up/tear down. | | |
| Management of general services contractor bid process and selection. | | |
| Exhibitor/sponsor feedback process. | | |
| Management services for venue usage, including ancillary space management.. | | |
| Coordination/negotiation of all AV requirements. | | |
| Development and management of attendee wayfinding tools. | | |
| Development and management of signage plan and décor. | | |

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04046

| Subsection 3: Marketing | | |
|---|---|---|
| *Activity* | *Costs* | *Explanation* |
| Overall program management of marketing services. | | |
| Misc. copywriting activities. | | |
| Development and management of marketing strategy – pre-show, during, and post-show. | | |
| Creative theme development and messaging strategy. | | |
| Program management/traffic control. | | |
| SMS communications strategy and management. | | |
| Twitter communications strategy and management. | | |
| Website strategy; management of content flows. | | |
| SEM strategy and management. | | |
| Speaker communications/PPT management. | | |
| Management of registration communications. | | |
| Management of photographer. | | |
| Coordination and support for public relations activities. | | |
| | | |

| Subsection 4: Registration and Attendee Badging | | |
|---|---|---|
| *Activity* | *Costs* | *Explanation* |
| Registration, badging and reporting work as described in this proposal. | | |
| Project management for this section. | | |
| | | |

| Subsection 5: Venue Management | | |
|---|---|---|
| *Activity* | *Costs* | *Explanation* |
| Negotiation of venue, equipment, transportation and temp fees as described in this proposal. | | |
| Development and management of a security plan. | | |
| Management of technical infrastructure process and plan. | | |
| Management of F&B needs. | | |
| Project management for Venue Management. | | |
| | | |

| Subsection 6: Production | | |
|---|---|---|
| *Activity* | *Costs* | *Explanation* |
| Strategy, design, management and implementation of all production activities. | | |
| Management fee for talent services booking. | | |
| Management and productions of session recordings/keynote web rebroadcast. | | |
| Creative director costs associated with opening and video segments. | | |

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04047

| | | |
|---|---|---|
| **Subsection 7: Education Management** | | |
| Management of call for papers process as described in this proposal. | | |
| Management of speakers as described in this proposal. | | |
| Management/development of coaching program for speakers. | | |
| Coordination with session room facilitators. | | |
| Management of pre-conference tutorial sessions. | | |
| Management of Monday e-Vents | | |
| Development and management of a comprehensive support management and support operation. | | |
| | | |

Under "Explanation," provide detailed information explaining your pricing, including the number of hours (if billed hourly), assumptions, and any other information that may be helpful in understanding your company's pricing and methodology; such as different hourly rates for types of employees; how commissions from Conference vendors are distributed; and assumptions in cost figures provided. The intention of this table is to provide RSA with an accurate picture of costs associated with utilizing your company to help plan and execute the RSA Conference.

***Please provide a ballpark cost for the management of the European event. Please outline any savings you foresee by managing both the U.S. and Europe Conferences.***

RSA CONFIDENTIAL
REQUIRES NON-DISCLOSURE AGREEMENT

D 04048

**TAB 3**

# RSΛCONFERENCE2010

**MARCH 1-4 | MOSCONE CENTER | SAN FRANCISCO**

## RSA Conference 2010
## Agency Request for Information

RSA Conference is looking for an agency with exceptional experience in integrated communications programs including planning, direct response, interactive marketing and business savvy. Listed below are the attributes and skills we are seeking:

**Industry knowledge**

- Has "studied" the information security market.

- Can represent our targets in a meaningful and comprehensive communications approach -- consistently and thoughtfully

- Understands the creativity required to communicate to our audience

**Marketing savvy**

- Is clever about marketing

- Is smart about the simple opportunities that give rise to creative and "smart" plans

- Expert in direct response

- Experienced and savvy about the use of print versus interactive marketing

- Knows email – what works/what doesn't in drawing a response – with the technical skills to execute flawlessly (in accordance with RSA best practices)

- Understands social networking -- how it relates to and be used to engage our audience

- Is flexible and proactive at "reading the tea leaves" so that the plan can be adjusted throughout the timeline

**Business Acumen**

- Asks questions -- and keeps asking -- so that assumptions are not made without context and approval

- Creates strong, smart and well-written (and clearly explained) strategic and tactical plans, as well as the creative briefs that go along with them

- Takes responsibility seriously and passionately

- Understands and practices that God is in the details

- Uses spelling and grammar checks to ensure documents are well written and clean

- Recommends a strategic and pragmatic approach to measurement – and utilizes and communicates on an on-going basis throughout the campaign

- Strong ability to establish cooperative partnering relationships with extended team, including partner agencies such as other design firms and public relations agencies

- Actively drives full-year planning

**Creative development**

- Includes the development of creative concepts; appropriate licensing of photography and illustrations for use in print materials and website for U.S., Europe and Japan; and development of a brand guide.

**Ancillary Activities**

- Management of all marketing-related items from financial management to additional tasks not identified in communications plan.

- Miscellaneous copywriting / editing / proofreading tasks as requested by other groups on the Conference team to ensure brand/voice compliance.

- Miscellaneous design requests, logo manipulation, and creation of sponsor/exhibitor rebook kit cover, staff guide cover and archival CDs for other geographies.

- Post-Conference wrap-up meetings and reporting

**General Marketing and Communications activities required for RSA Conference 2010:**

- Strategic input and overall marketing campaign plan development

- Pre-conference advertising, direct response, including print collateral, email and website content

- Media planning/bartering/buying – the budget for advertising is minimal so most effort is expended in identifying appropriate strategic targets and establishing barter relationships

- Copyediting, proofreading, and project management of Conference magazine advertisements; management of all media partnership barter contracts to ensure compliance.

- Development of local advertising (paid) plan – historically online, newspaper and outdoor

- Management of telemarketing services to contact unregistered attendees prior to the Conference to remind them of upcoming registration offers and deadlines. Management of acquisition and distribution of special offer(s).

- Management of search engine marketing program (strategy and execution of SEM campaigns).

- Development and execution of social media program to include Twitter, LinkedIn, FaceBook, SMS and others as appropriate

- Development of an executive messaging strategy for special audience segments, such as Member Circle (registrants who have attended five or more Conference), first time attendees and exhibitors/sponsors

- Management/execution of speaker communications – including call for papers campaign, speaker PPT templates, etc.

- Registration communications: develop/execute registrant confirmation letters, post registration newsletters, and post conference communications.

- Working with decorator to develop appropriately themed materials for signs, aisle banners, outside scrim & entrance units, etc.

**RSA Conference 2010 Agency RFI Deliverables**

- Provide examples of a multi-phased campaign.

    o Awareness component

    o Acquisition component

    o Campaign should include print and online advertising, direct mail (print), email, SEM, social networking, and any WOM activities that have been pursued.

    o Articulate metrics used that helped you anticipate, refine and react to the market throughout the campaign.

- Development of a look and feel for RSA Conference 2010, utilizing the Rosetta Stone as a key element.  Creative brief below

As an FYI, the following elements will be required for the 2010 plan.  Thinking about how you might approach these elements will be fruitful in your design strategy for the Rosetta Stone look and feel.

- Print ads
- Banner ads
- Print direct response pieces
- Headers for email marketing
- Web site header
- Signage design approach

The theme is also used in the development of staging and production elements for the onsite production of RSA Conference.  This work is done by the production team and is not part of the marketing plan.

**Agency Information should include:**

- Client listing
- Samples of strategic work showcasing creative capabilities
- Case studies of successful liaison relationships with other agencies – especially with public relations and design firms
- Pricing ranges
- Contact names for references (at least 3)
- Listing of your offices
- Listing of those people in your agency who would work with RSA Conference
- Other events your firm has worked on

**RSA Conference 2010 Creative Brief**

**Background**

Each year, the Conference establishes a new theme and creative treatment.  The overall creative strategy is developed and managed by the U.S. marketing team. As background, once the theme and supporting creative elements are defined, materials are sent to agencies in other Conference geographies for their localized use in strategy development and implementation.

**The target**

RSA Conference is focused on information security professionals who care about understanding future trends, enhancing their skills and increasing their industry networking.  Generally this target is broken out into categories including: IT managers and senior staff; developers and other technical users; C-Level executives; government agency staff and academics.

**Product highlights**

Held annually in the U.S., Japan and Europe, RSA Conference is known as the place to be for information security professionals.  Widely perceived as an exceptional educational forum, the U.S. Conference attracts sponsors and exhibiting companies including Microsoft, RSA, the Security Division of EMC, Symantec, and Cisco; visionary keynote speakers such as John Chambers of Cisco, Art Coviello of RSA, Scott Charney of Microsoft, as well as other well-known industry experts. The Conference also attracts external speakers including former Secretary of State Colin Powell, former Vice President Al Gore and others.

The Conference provides a forum for industry leaders, customers, media and analysts to meet and discuss the most relevant content, issues and emerging trends important to the information security space.  By providing networking opportunities and valuable forums, RSA Conference helps educate the industry, foster interactive dialogue, business discussions and negotiations and helps push the industry forward.

**The competition**

RSA Conference competes with other information security-focused events including InfoSec in London, as well as Blackhat and Gartner in the United States.  Proprietary corporate and user group events such as Cisco Live, OracleWorld, et al are also competing for registration dollars.

**Main message – 2010 theme**

The Rosetta Stone - The Rosetta Stone is an Ancient Egyptian artifact which was instrumental in advancing modern understanding of hieroglyphic writing. The text is made up of three translations of a single passage, written in two Egyptian language

scripts (hieroglyphic and demotic), and in classical Greek. By having three scripts, the priests, government officials and rulers of Egypt could all read what it said.

Many people worked on deciphering hieroglyphs over several hundred years. However the structure of the script was very difficult to work out. After many years of studying the Rosetta Stone and other examples of ancient Egyptian writing, Jean-Francois Champollion deciphered hieroglyphs in 1822. He was able to figure out what the seven demotic signs in the Coptic alphabet were. By looking at how these signs were used in Coptic he was able to work out what they stood for. Then he began tracing these demotic signs back to hieroglyphic signs.

Although we often take a theme and use in a serious creative manner, our goal for the Rosetta Stone theme is to go "lighter" and be very literal – with a focus on the concept of Roshambo (Rock, Paper, Scissors). This is both a children's game, as well as a well-known approach to solving or identifying responsibilities, ownership and other silly but interesting problems.

**Sensitivities/issues**

We need to be mindful of too much playfulness or being cartoon-like in this thematic approach. An intelligent and smart approach is highly desirable.

**Call-to-action**

Create awareness of Conference and its educational benefits, particularly in the current economic climate

Attract full conference delegate registrations

## Proposal Process

Multiple vendors will be asked to submit proposals for this marketing activity.

| DATE | EVENT | INSTRUCTIONS |
|------|-------|--------------|
| April 1, 2009 | ▪ General inquiries sent to agencies; notification of agency's intention to submit proposal. <br> ▪ NDA's signed/proposal sent to agency. | ▪ You are requested to promptly acknowledge your receipt of this proposal. <br> ▪ Notify Paula Belikove by April 10, 2009, if you intend to submit a proposal. <br> ▪ If you plan to participate in the proposal process, please fax your signed Non-disclosure |
| April 17, 2009 | ▪ Agency questions | ▪ By this date, any additional questions should be emailed to Paula Belikove at paula@rsa.com. No telephone calls will be accepted prior to the receipt of the proposal responses. |
| April 20-24, 2009 | ▪ RSA Conference 2009 (Moscone Center North & South) | ▪ Your company representative(s) attend the RSA Conference.  We will provide you with TWO (2) complimentary full-conference passes |
| May 8, 2009 | ▪ Proposals due | ▪ Please submit 1 hardcopies and an electronic copy of your proposal to our offices at: <br>     Paula Belikove <br>     RSA Security Inc. <br>     177 Bovet Road, Ste. 200 <br>     San Mateo, CA 94402 <br> ▪ **DO NOT EMAIL your proposal!** <br> ▪ Written proposals are due by 4:00 p.m. PST Friday, May 8, 2009. |
| Beginning May 18, 2009 | ▪ Presentations to RSA | ▪ Selected agencies will be asked to make a formal presentation to RSA's San Mateo offices. Agencies will be notified by May 18, 2009 and will ask to present the week of June 1, 2009. |
| After June 1, 2009 | ▪ Final supplier selection announced | ▪ A formal notification will be sent to all agencies that have responded to the proposal. |

Note that RSA reserves the right to change the terms of this proposal from the time it is offered until the proposal process is complete.  All costs connected with the proposal from inception to completion of the process regardless of whether an application is accepted or not is the sole responsibility of the applicant and RSA will not be responsible for any expenses incurred by any applicant.  RSA does not have to accept the lowest bid, nor is bound to accept any bid offered.

**TAB 4**

| From: | Robert Lowe <rlowe@nthdegree.com> |
|---|---|
| Sent: | Tuesday, March 31, 2009 8:54 AM |
| To: | Patty Anderson <PAnderson@nthdegree.com>; Patty Anderson <pattyanderson42@gmail.com>; Karen Daniele <KDaniele@nthdegree.com>; Jeannie Blair <jblair@nthdegree.com>; bporternm@aol.com |
| Subject: | Update from Sharon |

This is what I got from Sharon today before she took off on a flight.  There is still more to come, per the below from Clare and Mike....

Understand this is a note from Sharon to me, which she walked me thorough because some of her comments needed explanation...specifically when she is talking about the themes... she basically said she feels that they need to talk to a bunch of attendees onsite to really understand the theme usage and what the audience really feels about it, not what we, Paula or Sandra think... She knows we are not going to throw it out but she wants to provide RSA with real data on the theme and its affect on the attendees....

Here is a quick update:

We made a lot of progress yesterday. There is still a lot more "thinking" and "creative ideation" that needs to happen. Here's what we have so far:

***There will most likely be short paragraphs opening each book to give a quick "thinking" direction and possibly some more "thoughts/copy" at the bottom of some of the pages....***

**1) I books**----All five books will be filled with provocative graphics and visuals to paint the picture of our conceptual direction. Short two word descriptors will also serve as a creative through line. For the Audience book think words like "Knowledge Seekers"  "Lifelong Learners"  "Experience Starved" etc.

a) Vision 2015----thinking much like what we presented for Inforum in terms of conceptual designs---Mike, do you have that original presentation to send to Rob (the one we did for Jim and Robin with you in Atlanta and Clare and I in MN)

b) Brand----Thinking a broader graphical interpretation of the brand beyond just the face to face conference (as in a above)---see attached KCP style boards for reference

c) Audience----Thinking shots from conference taken onsite -----interesting angles, to create a collage

d) 2010 Rosetta Stone----Clare is mapping this out based on conversation with Steve Bono yesterday

3)Partnership---- Thinking AM EX like profiles of key team members----Clare is drafting the questions that will profile each member. Also interspersed with people that have inspired us and the two word descriptors as above

Part II Update

**2) Rosetta Stone:**

We had a great call with Egyptologist Steve Bono yesterday and he is a great resource for us. He took our perspective of the Rosetta Stone to a higher level with stories and perspectives beyond the literal. Mike can fill in the details but the overall context of the story around the Rosetta Stone (Napoleon's desire to conquer Egypt----took with him an "army" of savants "Knowledge Seekers" to break new ground and interpret new ideas) is quite a progressive concept with a lot of angles for application to the conference e.g an enterpriser's eye toward new ideas and knowledge.

D 00337

He referred us to the book "Mirage" by Nina Burleigh who brings to life the stories of the scientists and savants surrounding the Rosetta Stone. One idea is to have Nina serve as the "expert" and narrate a series of stories around it.

The big challenge is how far to take it. Honestly Rob, it is a key strategic challenge for us. In the absence of a strong RSA conference brand, it's not smart to put money into developing this concept (YES, I know we have no choice and we will do what we have to do :-))  BUT, as the brand strategist, it's a difficult one. We don't believe the themes as they are (and have been) used to date are very compelling and may in fact be quite confusing. I've done my own mini research around Poe's relationship to the conference, asking a few smart people to check out the RSA website and tell me what they think. Two of the four (including Steve Bono on an unsolicited basis) mentioned the Poe mast head and wondered what it had to do with the conference. He said quite literally, "Is there going to be a 'raven' party? Come dressed as a 'raven')

So, our next step is that Clare is going to put her ideas together based on the conversation with Steve. Part of the trick is how far to take it. The theme(s) in their current format are not working. Paula describes it as "wallpaper". So if we have to use a theme, why not pull it through in an effective, experiential way, even if in the long run, it's not the best strategy for building the RSA conference brand.

### 3) Marketing Update

Good call with Paula and Sandra (although Sandra was multi tasking through most of it) Paula said she believes that 75% of the current plan is working. THEY DO NOT EXPECT A PLAN but rather an overall roadmap on how we would approach it, how we would leverage the theme, what our media mix would look like, how we can optimize usage of the new data base, etc.

Regarding budgeting, I do not think we can budget this line by line as has been discussed by the team.

Paula said she is sending some additional direction out this week so stay tuned.

Robert Lowe | VP - Event Architect, Nth Degree Events | p 281.304.9566 | c 281.851.7548
Nth Degree Events | www.nthdegreeevents.com | Connecting People and Business

D 00338