1 | **THE ALTMAN LAW GROUP**
BRYAN C. ALTMAN (State Bar No. 122976)
2 | DAVID J. MASUTANI (State Bar No. 172305)
8484 Wilshire Blvd. Suite 510
3 | Beverly Hills, California 90211
Telephone: (323) 653-5581
4 | Fax: (323) 653-5542

5 | Attorneys for Plaintiff Kahn Creative
Partners, Inc.

6

7

## UNITED STATES DISTRICT COURT

8

## CENTRAL DISTRICT OF CALIFORNIA

9

10

| KAHN CREATIVE PARTNERS, | ) | Case No.  CV 10-932 JST (FFMx) |
| INC., an Illinois corporation, | ) | |
| | ) | [Assigned to the Hon. Josephine Staton |
| Plaintiff, | ) | Tucker] |
| vs. | ) | |
| | ) | **COMPENDIUM OF EVIDENCE IN** |
| NTH DEGREE, INC. aka BEYOND | ) | **SUPPORT OF PLAINTIFF KAHN** |
| THE NTH DEGREE, INC., a | ) | **CREATIVE PARTNERS, INC.'S** |
| Delaware corporation; and DOES 1 | ) | **OPPOSITION TO MOTION FOR** |
| through 10, inclusive, | ) | **SUMMARY JUDGMENT** |
| | ) | |
| Defendants. | ) | **(F.R.C.P. Rules 56, 58, Local Rule 56-1)** |
| | ) | |
| | ) | [*Filed concurrently with Memorandum of* |
| | ) | *Points and Authorities, Statement of* |
| | ) | *Genuine Disputes and Additional Material* |
| | ) | *Facts, and Proposed Order*] |
| | ) | |
| | ) | Date:            March 28, 2011 |
| | ) | Time:            10:00 a.m. |
| | ) | Courtroom:    10A |
| | ) | |
| | ) | Complaint Filed:  February 8, 2010 |
| | ) | Trial Date:          May 10, 2011 |

-1-

1  TO THE HONORABLE COURT, DEFENDANT AND ITS ATTORNEYS

2  OF RECORD:

3      Plaintiff Kahn Creative Partners, Inc. ("KCP") hereby submits the following

4  evidence in support of its opposition to Defendant Nth Degree, Inc.'s motion for

5  summary judgment.

6  **I.**      **Declaration of Sharon Weber**

7  **II.**     **Declaration of Michael Trovalli**

8  **III.**    **Declaration of David J. Masutani**

9  Excerpts from the Deposition of Robert Lowe, Vol. 1 & 2 . . . . . . . . . Tab 101

10  Email dated 7/18/08 from Weber to Lowe (Bates No. 10001) . . . . . . . Tab 102

11  Email dated 5/18/09 from Lowe to Weber and Trovalli

12       (Bates No. D3321-3322) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Tab 103

13  Email dated 8/7/08 from Lowe to KCP principals

14       (Bates No. 10025) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Tab 104

15  Email dated 12/10/08 from Weber to Lowe, Daniele and Blair

16       (Bates No. 10078-80) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Tab 105

17  Email dated 2/4/09 from Lowe to Weber (Bates No. 12962) . . . . . . . . Tab 106

18  Email dated 1/12/09 from Lowe to Weber

19       (Bates No. 13093-13094) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Tab 107

20  Excerpts from the Deposition of Jeannie Blair . . . . . . . . . . . . . . . . . . . Tab 108

21  Email dated 4/1/09 from Belikove to Weber (Bates No. 11166) . . . . . Tab 109

22  Email dated 5/13/09 from Lapedis to Lowe and Daniele

23       (Bates No. D3319-3320) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Tab 110

24  Email dated 5/18/09 from Lowe to Weber and Trovalli

25       (Bates No. D03321-3322) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Tab 111

26  Excerpts from the Deposition of Karen Daniele . . . . . . . . . . . . . . . . . . Tab 112

27  Email from Lowe to KCP personnel (Bates No. D3435) . . . . . . . . . . . Tab 113

28  Email from Lowe to KCP personnel (Bates No. D3609) . . . . . . . . . . . Tab 114

1

2  DATED: March 14, 2011

Respectfully submitted,
THE ALTMAN LAW GROUP

3

4  BY: _____

5  BRYAN C. ALTMAN
   DAVID J. MASUTANI
   Attorneys for Plaintiff,
6  KAHN CREATIVE PARTNERS, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

# DECLARATION OF SHARON WEBER

**THE ALTMAN LAW GROUP**
BRYAN C. ALTMAN (State Bar No. 122976)
DAVID J. MASUTANI (State Bar No. 172305)
8484 Wilshire Blvd. Suite 510
Beverly Hills, California 90211
Telephone: (323) 653-5581
Fax: (323) 653-5542

Attorneys for Plaintiff Kahn Creative
Partners, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KAHN CREATIVE PARTNERS, INC., an Illinois corporation, | Case No.  CV 10-932 JST (FFMx) |
|  | [Assigned to the Hon. Josephine Staton Tucker] |
| Plaintiff, | |
| vs. | **DECLARATION OF SHARON WEBER IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| NTH DEGREE, INC. aka BEYOND THE NTH DEGREE, INC., a Delaware corporation; and DOES 1 through 10, inclusive, | |
|  | **(F.R.C.P. Rules 56, 58, Local Rule 56-1)** |
| Defendants. | [*Filed concurrently with Memorandum of Points and Authorities, Statement of Genuine Disputes and Additional Material Facts, Compendium of Evidence, and Proposed Order*] |
|  | Date:          March 28, 2011<br>Time:          10:00 a.m.<br>Courtroom:  10A |
|  | Complaint Filed:  February 8, 2010<br>Trial Date:          May 10, 2011 |

-1-

1    I, SHARON WEBER, declare under penalty of perjury as follows:

2    1.    I am a principal of Plaintiff Kahn Creative Partners, Inc. ("KCP").  I
3    have personal knowledge of the facts stated herein, unless stated on information and
4    belief, and could and would testify to them if called to do so.

5    2.    In or around June of 2008, Robert Lowe of Nth Degree, Inc. ("Nth")
6    contacted me about an opportunity to work with Nth regarding in connection with
7    the RSA Conferences.

8    3.    At some point early on in these conversations, Mr. Lowe mentioned that
9    Jack Morton World Wide ("JMWW") and George P. Johnson ("GPJ") would likely
10   be competing the the RFP process.  JMWW and GPJ, are two international
11   marketing and event management industry giants that have the resources to provide
12   marketing, creative, strategy, brand extension, and event architecture, all within their
13   organizations.  JMWW and GPJ offered RSAC the option of a "one stop shop" in
14   which all aspects of the RSA Conferences could be handled within a single
15   organization.  At that time, Nth did not have the skill set to be a "one stop shop."

16   4.    Discussions of the relationship between Nth and KCP being a
17   partnership in connection with the RSA Conferences began in early conversations
18   and emails between myself and Mr. Lowe as early as that initial by Mr. Lowe, and
19   continuing thereafer.  For example, in an email I sent to Mr. Lowe on July 18, 2008,
20   I mentioned that William Kahn, another principal of KCP, and I were both interested
21   in talking further with Mr. Lowe about a strategic partnership around the RSA
22   Conferences.

23   5.    On August 6, 2008, a meeting took place between Robert Lowe and
24   Karen Daniele from Nth, and myself, William Kahn, Dean Hills and Michael
25   Trovalli of KCP to discuss the upcoming opportunity regarding the RSA
26   Conferences.  During that meeting, there was a point in the discussion where the Mr.
27   Trovalli asked Mr. Lowe about how Nth intended to engage KCP around the
28   elements of the Conferences and how KCP would be engaged to provide actual

-1-

1 | production services and support.  Mr. Trovalli specifically referenced the General
2 | Sessions and Exhibit Floor management, and alluded to the other elements of the
3 | conference as well.  Mr. Kahn also stated that Nth was prepared to involve KCP
4 | deeply in all elements of the conference with the exception of Installation &
5 | Dismantling ("I&D") services, that it would not be worth the time and effort
6 | investment for KCP to be involved in the preparation of the RFP.  In response, Mr.
7 | Lowe was very clear that there were many streams of work and that each workstream
8 | had its own revenue and integrated profit margin attached to it.  He indicated that, *__as__*
9 | *__partners__*, Nth Degree and KCP would share equally in those revenue streams with
10 | the exception of I&D, which Nth Degree would handle through their other corporate
11 | division.  Karen Daniele was present during that entire conversation and did not
12 | object or refute Mr. Lowe's statements at that time or at any time subsequent to that
13 | meeting.

14 |      6.     Mr. Lowe stated to KCP on several occasions, including at that Las
15 | Vegas meeting, that he believed  KCP brought components, skills and a skill set to
16 | the partnership that Nth lacked on its own.  He also mentioned at the Las Vegas
17 | meeting that he felt KCP's involvement in joining Nth in responding to the RFP was
18 | crucial to Nth winning the RFP, and that he did not think Nth could retain the RSA
19 | Conferences without KCP's help.

20 |      7.     Mr. Lowe also sold KCP on the idea that a winning proposal would
21 | result not only in work for their combined partnership for the 2010 RSA
22 | Conferences, but subsequent conferences as well based upon the fact that this was
23 | the first time RSAC put the U.S. RSA Conference for bid since 2004.  That
24 | expectation is consistent with my experience in the event production industry, as
25 | companies  typically do not go through the RFP process for several years after the
26 | last one due to the time and expense of the RFP process and possibly breaking in a
27 | new vendor.

28 |

-2-

**DECLARATION OF SHARON WEBER IN SUPPORT OF OPPOSITION TO MSJ**

1       8.    Nth Uncontroverted Fact No. 26 refers to an email that I sent to other

2  KCP principals describing a December 6, 2008, meeting I attended in San Mateo

3  with personnel from RSAC and from Nth.  In the email, I make reference to subjects

4  of the contemplated RFP response that Nth will "own" and that KCP will "own."

5  That is not a reference to what actual work KCP and Nth would "own" if Nth and

6  KCP won the RFP process.  That strictly referred to "ownership" of subject matter

7  for the response to the RFP.

8       9.    Despite the use of the words "partners", "partnership", "strategic

9  partnership" and "strategic alliance" in emails from KCP to Nth, and vice versa, no

10  one from Nth ever told me or anyone else at KCP that I am aware of that Nth did not

11  intend for it and KCP to actually be partners.  Also, no one at Nth ever told me or

12  anyone else at KCP that I am aware of that the only work that KCP would get would

13  be work awarded for the RFI.

14       10.   With respect to their response to the RFP, KCP understood that RSAC

15  could, at its option, incorporate all or part of the bidders' RFP proposal in any

16  resulting contract for work.

17       11.   KCP also understood that KCP's and Nth's response to the RFP and the

18  subsequently issued RFI could lose the bidding process entirely, in which case

19  neither Nth nor KCP would be awarded any RFP or RFI work, and their partnership

20  would have terminated.

21       12.   KCP did not understand, and no where in the RFP or RFI is it expressly

22  written, that in the event a partnership or joint venture bid for work, that RSAC

23  could unilaterally elect to contract with only one of the partners or joint venturers, at

24  the exclusion of other partners or joint venturers, without the permission of the

25  excluded parties.

26       13.   On February 9, 2009, personnel from KCP and from Nth met at my

27  home in Marina Del Rey for a brainstorming session to strategize as to how to

28  respond to the RFP.  During the meeting, it was agreed that Nth would be primarily

1  responsible for Section 1 of the RFP, the Event Specifications section, since it was

2  logistical in nature, and Nth could readily respond to those questions because it had

3  already been doing that work, with the exception of marketing, since 2004. It was

4  agreed that KCP would be primarily responsible for preparing the response to the

5  marketing subsection of Section 1.

6      14.   On April 1, 2009, I received from Paula Belikove the RFI for agencies

7  interested in the marketing work for the 2010 US RSA Conference. The RFI carved

8  marketing out of the RFP. Now, parties that wanted to bid solely on event

9  management work only would respond to the RFP, parties that wanted to bid solely

10  on marketing work would respond to the RFI, and parties such as JMWW, GPJ, and

11  the partnership of KCP and Nth that were bidding for all the work would respond to

12  the RFP and the RFI. Besides the work being offered, the RFI was significantly

13  different than the RFP in that it was only for marketing work for the 2010 U.S. RSA

14  Conference, it did not ask the marketing bidders any of the Business Acumen

15  questions contained in the RFP, and it did not seek information about the marketing

16  bidders' European experience and strategies.

17      15.   The issuance of the RFI had little effect upon the division of work

18  between Nth and KCP in preparing the response to the RFP and now RFI. KCP

19  continued to do most of the work regarding the Business Acumen section of the

20  RFP, a small amount of work regarding the Event Specifications section of the RFP,

21  and now it would do practically all of the work in preparing the response to the RFI.

22      16.   If it was Nth's intent to secure the RFP work all to itself, excluding

23  KCP entirely, then the RFP called for Nth to have prepared the entire responses to

24  the Event Specifications section and the Business Acumen section on its own. KCP's

25  European experience, strategies, creative and long term planning would only be

26  relevant if KCP was going to be a part of the team that did the RFP work, which Nth

27  represented it would be.

28      17.   It was never KCP's intention to ghost write portions of the RFP proposal

-4-

1  for Nth, i.e., to allow Nth to take credit for KCP's experience, and creative and
2  strategic ideas without any expectation of sharing in the RFP work and profits.  The
3  RFI did not ask for RFI bidders to provide information requested in the RFP
4  Business Acumen section, and it did not seek any information regarding RFI bidders'
5  experience or strategic ideas regarding Europe.  The only reason why KCP
6  contributed work towards the Business Acumen section of the RFP proposal, as well
7  as smaller portions of the Event Specifications section of the RFP proposal, and the
8  face-to-face presentation was because it understood that KCP and Nth were bidding
9  for the RFP and RFI work together, and that KCP and Nth would share in any work
10 and profits that resulted from winning the RFP and/or RFI.  If that was not the case,
11 if Nth had made it clear after the RFI for the marketing work was issued on April 1,
12 2009, that Nth would be bidding for the RFP work solely for itself, and that KCP
13 would be bidding for the RFI work solely for itself, KCP would not have allowed
14 Nth to use its work in response to the RFP, and KCP would not have participated in
15 the 5/28/09 face-to-face presentation because to do so would have been dishonest
16 toward RSAC.

17     18.    I was the person most involved in putting together the Business Acumen
18 section.  By my estimate, KCP personnel and its freelancers contributed
19 approximately 80% of the work for that section.

20     19.    Although KCP authored the response to the RFI, Mr. Lowe was a key
21 advisor in its prepartion.  Mr. Lowe reviewed and approved of KCP's initial
22 approach.  Mr. Lowe reviewed drafts of KCP's RFI response and advised KCP to
23 change certain words and phrases based on his assessment of what, in his experience,
24 Ms. Lapedis and Ms. Belikove of RSAC would like and wouldn't like.

25     20.    In the end, both KCP and Nth contributed significantly to the response
26 to the RFP and the RFI.  In my opinion, the total response was truly a joint effort
27 between KCP and Nth.

28

1    21.    Exhibit 110 is an email dated May 13, 2009, that I sent to Cathy
2  Robertson. I had forwarded to Ms. Robertson an email that Sandra Toms-Lapedis of
3  RSAC had sent to Robert Lowe and Karen Daniele inviting Nth to make a face-to-
4  face presentation before RSAC in support of its bid for the RFP work. In reviewing
5  the email from Ms. Lapedis, I understood that the presentation would be a showcase
6  for Nth's and KCP's partnership's strategic thinking, and that RSAC required that
7  the "day-to-day team" members that would work on the RFP to appear and present.
8  Subsequent to that email, Mr. Lowe and I agreed that Dean Hills, Clare Sebenius,
9  and I should prepare the outline for, and present at, the meeting before RSAC. The
10  decision to have me, Mr. Hills and Ms. Sebenius present at the meeting reaffirmed
11  my understanding that we would be members of the "day-to-day team" that did work
12  that our partnership won as a result of the RFP process.

13    22.    Exhibit 111 is a true and correct copy of an email dated May 18, 2009,
14  that was sent by Robert Lowe to myself and Mike Trovalli. I received and reviewed
15  a version of this email at around the time it was sent. The version I received did not
16  indicate that blind copies were sent to Ms. Daniele and Ms. Blair,, but the content of
17  the message from Mr. Lowe was identical. The portion of the email in paragraph 2,
18  in which Mr. Lowe states Nth's members are not comfortable delivering the
19  "strategic, higher level message," and that KCP was brought into the team to deliver
20  those types of messages is consistent with my understanding of why Nth invited
21  KCP into the partnership in the first place. The competition in the RFP bidding
22  process, Jack Morton World Wide and George P. Johnson, are industry giants who
23  are experts in delivering the "strategic, higher level message." Nth partnered with
24  KCP so that KCP could take that role for Nth in order for Nth to be able to submit an
25  RFP proposal that was competitive with JMWW and GPJ. This email from Mr.
26  Lowe served as further affirmation that KCP and Nth were partners with respect to
27  preparing the RFP proposal and would share any work and profits resulting from an
28  RFP win.

23.    Me, Dean Hills, and Clare Sebenius were the persons most involved in creating and developing the presentation to be made before RSAC on May 28, 2009. I estimate that KCP team members (myself, Dean Hills and Clare Sebenius) contributed approximately 90% of the work in preparing the presentation, and Nth team members contributed approximately the remaining 10% of the work.  KCP team members developed the outline, the creative direction, 90% of the content, developed the powerpoint presentation, and coordinated with Cathy Robertson in London to participate via conference call with RSAC's London-based client. Nth Degree's role was to review and provide input to the presentation only.

24.    The face-to-face presentation before RSAC took place on May 28, 2009, at RSAC's offices in San Mateo, California.  The "day-to-day team" members that attended were myself, Dean Hills, and Clare Sebenius from KCP, Cathy Robertson, a KCP freelancer, was on conference call from London, and Robert Lowe, Karen Daniele, Jeannie Blair, and Bruce Porter from Nth.  The meeting lasted approximately two and a half hours.  Of that time, Clare Sebenius' and Dean Hills' presentations lasted for approximately two hours.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of March 2011, at Indianapolis, Indiana.

Sharon Weber, Declarant

-7-

DECLARATION OF SHARON WEBER IN SUPPORT OF OPPOSITION TO MSJ

# DECLARATION OF MICHAEL TROVALLI

**THE ALTMAN LAW GROUP**
1   BRYAN C. ALTMAN (State Bar No. 122976)
    DAVID J. MASUTANI (State Bar No. 172305)
2   8484 Wilshire Blvd. Suite 510
    Beverly Hills, California 90211
3   Telephone: (323) 653-5581
    Fax: (323) 653-5542
4

5   Attorneys for Plaintiff Kahn Creative
    Partners, Inc.

6

7                  UNITED STATES DISTRICT COURT

8               CENTRAL DISTRICT OF CALIFORNIA

9

10  KAHN CREATIVE PARTNERS,            )   Case No.   CV 10-932 JST (FFMx)
    INC., an Illinois corporation,     )
11                                     )   [Assigned to the Hon. Josephine Staton
                                       )   Tucker]
12         Plaintiff,                  )
           vs.                         )
                                       )   **DECLARATION OF MICHAEL**
13  NTH DEGREE, INC. aka BEYOND        )   **TROVALLI IN SUPPORT OF**
    THE NTH DEGREE, INC., a            )   **OPPOSITION TO MOTION FOR**
14  Delaware corporation; and DOES 1   )   **SUMMARY JUDGMENT**
    through 10, inclusive,             )
15                                     )   **(F.R.C.P. Rules 56, 58, Local Rule 56-1)**
           Defendants.                 )
16                                     )   [*Filed concurrently with Memorandum of*
                                       )   *Points and Authorities, Statement of*
17                                     )   *Genuine Disputes and Additional Material*
                                       )   *Facts, Compendium of Evidence, and*
18  _____ )   *Proposed Order*]

19                                         Date:              March 28, 2011
                                           Time:      10:00 a.m.
20                                         Courtroom:         10A

21                                         Complaint Filed:   February 8, 2010
                                           Trial Date:        May 10, 2011
22

23

24

25

26

27                                -1-

28  _____
    **DECLARATION OF MICHAEL TROVALLI IN SUPPORT OF OPPOSITION TO MSJ**

1      I, MICHAEL TROVALLI, declare under penalty of perjury as follows:

2      1.    I am a principal of Plaintiff Kahn Creative Partners, Inc. ("KCP").   I have personal
3  knowledge of the facts stated herein, unless stated on information and belief, and could and
4  would testify to them if called to do so.

5      2.    In or around April of 2008, I had several discussions with Robert Lowe
6  regarding the preparation of budgets for the proposal, during which Mr. Lowe advised me
7  that KCP would be responsible for preparing the marketing budget and that Nth would be
8  responsible for all other aspects of the budget.   This did not surprise me since I had
9  assumed that Nth already had budgets prepared for the RFP work since they had already
10  been doing that for several years.   However, this discussion related solely to the budget in
11  the proposal -- it was not a discussion about the division of work and profits when the RFP
12  and/or RFI were won.   We could not divide any of the work until we knew what work
13  had been own.

14      3.    Even if RSAC only awarded the RFP work, as it did, KCP was certainly
15  capable of performing any of the work in the Event Specifications portion of the RFP,
16  other than I&D.

17      I declare under penalty of perjury that the foregoing is true and correct.

18      Executed this 14th day of March 2011, at Dallas, Texas.

19

20               Michael Trovalli, Declarant

21

22

23

24

25

26

27                       -2-

28

# DECLARATION OF DAVID J. MASUTANI

1  **THE ALTMAN LAW GROUP**
   BRYAN C. ALTMAN (State Bar No. 122976)
2  DAVID J. MASUTANI (State Bar No. 172305)
   8484 Wilshire Blvd. Suite 510
3  Beverly Hills, California 90211
   Telephone: (323) 653-5581
4  Fax: (323) 653-5542

5  Attorneys for Plaintiff Kahn Creative
   Partners, Inc.

6

7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9

10  KAHN CREATIVE PARTNERS,          )   Case No.  CV 10-932 JST (FFMx)
11  INC., an Illinois corporation,   )
                                     )   [Assigned to the Hon. Josephine Staton
12          Plaintiff,               )   Tucker]
            vs.                      )
13                                   )   **DECLARATION OF DAVID J.**
    NTH DEGREE, INC. aka BEYOND      )   **MASUTANI IN SUPPORT OF**
14  THE NTH DEGREE, INC., a          )   **OPPOSITION TO MOTION FOR**
    Delaware corporation; and DOES 1 )   **SUMMARY JUDGMENT**
15  through 10, inclusive,           )
                                     )   **(F.R.C.P. Rules 56, 58, Local Rule 56-1)**
16          Defendants.              )
                                     )   [*Filed concurrently with Memorandum of*
17                                   )   *Points and Authorities, Statement of*
                                     )   *Genuine Disputes and Additional Material*
18                                   )   *Facts, Compendium of Evidence, and*
                                     )   *Proposed Order*]
19                                   )
                                     )   Date:          March 28, 2011
20                                   )   Time:          10:00 a.m.
                                     )   Courtroom:     10A
21                                   )
                                     )   Complaint Filed:   February 8, 2010
22  _____ )   Trial Date:        May 10, 2011

23

24

25

26

27

28

                                    -1-

1    I, DAVID J. MASUTANI, declare under penalty of perjury as follows:

2    1.    I am an attorney at law licensed to practice before all courts of the State

3    of California and am an associate at the Altman Law Group, attorneys of record for

4    Plaintiff Kahn Creative Partners, Inc.

5    2.    I have personal knowledge of the facts stated herein, unless stated on

6    information and belief, and could and would testify to them if called to do so.

7    3.    Attached hereto as Exhibit 101 are true and correct copies of excerpts

8    from the relevant portions of the transcripts of the Depositions of Robert Lowe,

9    Vols. 1 & 2, taken on January 6, 2011, and February 22, 2011, respectively.

10    4.    Attached hereto as Exhibit 102 is a true and correct copy of an email

11    dated 7/18/08 from Weber to Lowe (Bates No. 10001).

12    5.    Attached hereto as Exhibit 102 is a true and correct copy of an email

13    dated 5/18/09 from Lowe to Weber and Trovalli (Bates No. D3321-3322).

14    6.    Attached hereto as Exhibit 103 is a true and correct copy of an email

15    dated 5/18/09 from Lowe to Weber and Trovalli (Bates No. D3321-3322).

16    7.    Attached hereto as Exhibit 104 is a true and correct copy of an email

17    dated 8/7/08 from Lowe to KCP principals (Bates No. 10025).

18    8.    Attached hereto as Exhibit 105 is a true and correct copy of an email

19    dated 12/10/08 from Weber to Lowe, Daniele and Blair (Bates No. 10078-80).

20    9.    Attached hereto as Exhibit 106 is a true and correct copy of an email

21    dated 2/4/09 from Lowe to Weber (Bates No. 12962).

22    10.    Attached hereto as Exhibit 107 is a true and correct copy of an email

23    dated 1/12/09 from Lowe to Weber (Bates No. 13093-13094).

24    11.    Attached hereto as Exhibit 108 are true and correct copies of excerpts

25    from the relevant portions of the transcript of the Deposition of Jeannie Blair taken

26    on January 11, 2011.

27    12.    Attached hereto as Exhibit 109 is a true and correct copy of an email

28    dated 4/1/09 from Belikove to Weber (Bates No. 11166).

-1-

1        13.    Attached hereto as Exhibit 110 is a true and correct copy of an email

2  dated 5/13/09 from Lapedis to Lowe and Daniele (Bates No. D3319-3320).

3        14.    Attached hereto as Exhibit 111 is a true and correct copy of an email

4  dated 5/18/09 from Lowe to Weber and Trovalli (Bates No. D03321-3322).

5        15.    Attached hereto as Exhibit 112 are true and correct copies of excerpts

6  from the relevant portions of the transcript of the Deposition of Karen Daniele taken

7  on February 25, 2011.

8        16.    Attached hereto as Exhibit 113 is a true and correct copy of an email

9  from Lowe to KCP personnel (Bates No. D3435).

10        17.    Attached hereto as Exhibit 114 is a true and correct copy of an email

11  from Lowe to KCP personnel (Bates No. D3609).

12        I declare under penalty of perjury that the foregoing is true and correct.

13        Executed this 14th day of March 2011, at Beverly Hills, California.

14

15

        David J. Masutani, Declarant

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

EXHIBIT 101

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KAHN CREATIVE PARTNERS, INC., an )
Illinois corporation,            )
                                 )
               Plaintiff,        )
                                 )
     vs.                         ) Cause No.
                                 ) CV10-00932JST(FFMx)
NTH DEGREE, INC., aka BEYOND THE )
NTH DEGREE, INC.,  a Delaware    ) Volume I
corporation; and DOES 10 to 10,  )
inclusive,                       )
                                 )
               Defendants.       )
_____)

VIDEOTAPED DEPOSITION OF ROBERT A. LOWE

Beverly Hills, California

Thursday, January 6, 2011

Reported by:  Judy Samson
              CSR No. 6916
NDS Job No.:  140594

Page 43

| 10:51:50 | 1 | Q You know the word "partnership"? |
| 10:51:52 | 2 | A I know what it means to me. |
| 10:51:53 | 3 | Q Okay. Did you ever use that word -- |
| 10:51:55 | 4 | A Can you back up a little? |
| 10:51:57 | 5 | MS. NOVICK: Really, please. |
| 10:51:57 | 6 | BY MR. ALTMAN: |
| 10:51:59 | 7 | Q I'm just asking you: Did you ever use that |
| 10:52:00 | 8 | word in connection with communications with Kahn |
| 10:52:04 | 9 | Creative Partners? |
| 10:52:05 | 10 | Did you ever use that word and say, |
| 10:52:06 | 11 | "Nth Degree is not interested in any partnership |
| 10:52:09 | 12 | with you, Kahn Creative Partners," after you |
| 10:52:12 | 13 | received this e-mail from Ms. Weber? |
| 10:52:13 | 14 | A Nth Degree, no, I didn't. |
| 10:52:15 | 15 | Q Do you know if anyone else at Nth Degree |
| 10:52:18 | 16 | ever used or indicated to Kahn Creative Partners |
| 10:52:20 | 17 | that it was not interested in a partnership -- using |
| 10:52:23 | 18 | the word "partnership" -- with Kahn Creative |
| 10:52:31 | 19 | Partners? |
| 10:52:31 | 20 | A Not that I know of. |
| 10:52:32 | 21 | Q Okay. Did you indicate at any time to |
| 10:52:43 | 22 | anyone at Kahn Creative Partners that Nth Degree was |
| 10:52:46 | 23 | uninterested in a strategic alliance with Kahn |
| 10:52:51 | 24 | Creative Partners in connection with the RSA and |
| 10:52:53 | 25 | beyond? |

09c944e2-625c-4588-aba0-69cc91e0e5fc

| | | |
|---|---|---|
| 11:22:09 | 1 | We are off the record. |
| 11:22:10 | 2 | (Pause in proceedings from |
| 11:42:44 | 3 | 11:22 a.m. to 11:42 a.m.) |
| 11:42:44 | 4 | THE VIDEOGRAPHER: Time is 11:42 a.m. |
| 11:42:47 | 5 | We are on the record. |
| 11:42:48 | 6 | BY MR. ALTMAN: |
| 11:42:49 | 7 | Q   Mr. Lowe, at some point in time you learned |
| 11:42:52 | 8 | that the -- that the RSA conference was going to be |
| 11:42:56 | 9 | up for bid; right? |
| 11:42:58 | 10 | A   Correct. |
| 11:42:58 | 11 | Q   Okay.  I'm specifically referring to the |
| 11:43:02 | 12 | 2010 RSA conference. |
| 11:43:04 | 13 | Okay.  When did you learn that? |
| 11:43:24 | 14 | (Document reviewed by the witness.) |
| 11:43:24 | 15 | THE WITNESS:  During the summer of '08, at |
| 11:43:26 | 16 | some point Sandra at RSA informed me that she |
| 11:43:35 | 17 | thought that it was going to have to go out to bid |
| 11:43:38 | 18 | for the '10 conference. |
| 11:43:41 | 19 | BY MR. ALTMAN: |
| 11:43:41 | 20 | Q   What did she say to you? |
| 11:43:43 | 21 | A   Basically that we've been doing it now -- |
| 11:43:50 | 22 | that would have been '4, '5, '6, '7, '8 -- five |
| 11:43:57 | 23 | years or -- so it was time to put it out for bid. |
| 11:44:00 | 24 | She did mention that during that last year, |
| 11:44:04 | 25 | EMC Corporation had purchased RSA and said that -- |

89

| 12:11:15 | 1 | (A lunch recess was held |
| 01:24:34 | 2 | from 12:11 p.m. to 1:25 p.m.) |
| 01:24:34 | 3 | THE VIDEOGRAPHER: This is the beginning of |
| 01:24:49 | 4 | Tape 2 of the continuing testimony of Robert Lowe, |
| 01:24:53 | 5 | Volume I. |
| 01:24:54 | 6 | We are on the record at 1:25 p.m. |
| 01:24:58 | 7 | BY MR. ALTMAN: |
| 01:24:58 | 8 | Q    Mr. Lowe, did you consider the work that |
| 01:25:05 | 9 | you, Nth Degree, and Kahn Creative Partners, Inc., |
| 01:25:11 | 10 | did in connection with the RSA conference as a |
| 01:25:14 | 11 | partnership? |
| 01:25:15 | 12 | A    The RSA '10 conference RPF? |
| 01:25:19 | 13 | Q    Okay. |
| 01:25:20 | 14 | A    No, is that what you're asking? |
| 01:25:21 | 15 | Q    Yeah, the R- -- the response to the RFP. |
| 01:25:25 | 16 | MS. NOVICK: Objection; vague and ambiguous |
| 01:25:26 | 17 | as to the word "partnership." |
| 01:25:28 | 18 | You can testify as to what you understood. |
| 01:25:39 | 19 | Also calls for a legal conclusion. |
| 01:25:44 | 20 | THE WITNESS: Yeah. I mean, my issue is |
| 01:25:47 | 21 | understanding the word "partnership" in the way that |
| 01:25:52 | 22 | you're using it back to what we talked about |
| 01:25:59 | 23 | earlier. |
| 01:25:59 | 24 | But, yeah, I would use the word |
| 01:26:01 | 25 | "partnership"; I'd use the word "alliance"; I'd have |

90

01:26:05   1   used the word "one-stop shop."  I'd use those

01:26:05   2   interchangeably.

01:26:05   3   BY MR. ALTMAN:

01:26:10   4       Q    "One-stop shop" meaning the partnership of

01:26:14   5   Kahn Creative Partners and Nth Degree?

01:26:15   6       A    And any other organizations that --

01:26:17   7            MS. NOVICK:  Objection; assumes facts not

01:26:19   8   in evidence.

01:26:24   9            You can testify.

01:26:24  10   BY MR. ALTMAN:

01:26:25  11       Q    So you -- you viewed the partnership of

01:26:28  12   Kahn Creative Partners, Inc., and Nth Degree as a

01:26:32  13   one-stop shop?

01:26:32  14            MS. NOVICK:  Same objection.

01:26:35  15   BY MR. ALTMAN:

01:26:35  16       Q    You may answer.

01:26:36  17            MS. NOVICK:  Yeah, you can.

01:26:38  18            THE WITNESS:  As a way to provide the

01:26:40  19   client a one-stop shop if they -- if they so chose,

01:26:44  20   yeah.

01:26:45  21   BY MR. ALTMAN:

01:26:45  22       Q    Okay.  Well, let me ask you:  Did the RPF,

01:26:49  23   as far as you understood, did it allow for the

01:26:53  24   preparation of a response and submission of a

01:26:56  25   response to the RFP through a partnership structure?

91

| | |
|---|---|
| 01:27:00 | 1 |
| 01:27:01 | 2 |
| 01:27:02 | 3 |
| 01:27:04 | 4 |
| 01:27:11 | 5 |
| 01:27:12 | 6 |
| 01:27:12 | 7 |
| 01:27:13 | 8 |
| 01:27:15 | 9 |
| 01:27:19 | 10 |
| 01:27:21 | 11 |
| 01:27:24 | 12 |
| 01:27:26 | 13 |
| 01:27:29 | 14 |
| 01:27:33 | 15 |
| 01:27:34 | 16 |
| 01:27:34 | 17 |
| 01:27:35 | 18 |
| 01:27:37 | 19 |
| 01:27:43 | 20 |
| 01:27:47 | 21 |
| 01:27:50 | 22 |
| 01:27:55 | 23 |
| 01:28:00 | 24 |
| 01:28:02 | 25 |

1    MS. NOVICK:  Objection; calls for legal

2  conclusion.

3    You can answer.

4    THE WITNESS:  And the way that I -- when

5  you say "partnership structure" --

6  BY MR. ALTMAN:

7    Q    A partnership.

8    Could a partnership, as far as you

9  understood, provide the response to the RFP?

10    MS. NOVICK:  I'm going to object as vague

11  and ambiguous because even under legal definitions

12  they could be different -- they could be a

13  partnership.  There could be Kahn Creative Partners.

14  It's a partnership that's responding to the RFP.  So

15  it's not clear.

16  BY MR. ALTMAN:

17    Q    You may answer.

18    A    Yeah, they -- they would allow you to.

19    Based upon the way we saw the RFP, she was

20  allowing it -- you know, us to -- "she" being RSA

21  obviously -- was allowing us to provide a solution

22  in any way that we felt -- in a way that we felt was

23  best to position ourselves to win any and all of

24  that project, yeah.

25    Q    So -- well, let me ask you this:  In all of

112

01:52:13  1    name.    She was a -- she's a designer.

01:52:16  2          Q    Was she brought in by Kahn?

01:52:21  3          A    If you're saying who called her, yeah,

01:52:24  4    yeah, yeah.

01:52:25  5          Q    And in the response itself to -- of these

01:52:31  6    components that you mentioned, what are the

01:52:33  7    component parts of the response as you -- as you

01:52:42  8    understand?

01:52:42  9          A    There was basically two sections at the

01:52:49  10   highest level of -- without looking at it, I can't

01:52:50  11   remember what she called it -- what they called it.

01:52:52  12          But I -- you know, it's more the event

01:52:55  13   management elements of it and then the business

01:53:02  14   acumen portion of it.    Those -- those are what I

01:53:04  15   would consider the two large pieces, yeah.

01:53:07  16          Q    And for the event management portion,

01:53:15  17   did -- are there separate subcomponents, as far as

01:53:19  18   you understand?

01:53:19  19          A    Oh, yeah.    There's quite a few, I believe.

01:53:22  20          Q    Did Kahn Creative Partners play a role in

01:53:26  21   creating any part of the event management section in

01:53:30  22   the subcomponents?

01:53:32  23          A    I would have to read it again, but I --

01:53:35  24   they did play -- from what recall, they played some

01:53:40  25   part in it, yeah.

122

| | | |
|---|---|---|
| 02:06:40 | 1 | A    No. |
| 02:06:40 | 2 | Q    None? |
| 02:06:41 | 3 | A    None. |
| 02:06:42 | 4 | Q    Of these items -- are there more items that |
| 02:06:52 | 5 | are within the event management that you believe |
| 02:06:54 | 6 | that Kahn Creative Partners had a role in creating |
| 02:06:57 | 7 | as far as the response? |
| 02:07:42 | 8 | (Document reviewed by the witness.) |
| 02:07:42 | 9 | THE WITNESS:  Without going through it line |
| 02:07:44 | 10 | by line, not that I see. |
| 02:07:46 | 11 | BY MR. ALTMAN: |
| 02:07:46 | 12 | Q    Okay.  Of these parts, which one of them |
| 02:07:51 | 13 | involves, if any, involves audience acquisition? |
| 02:08:08 | 14 | A    None that I can think of right now, yeah. |
| 02:08:11 | 15 | Not -- not -- I'd have to have her read back exactly |
| 02:08:16 | 16 | which one.  But I don't think any, yeah. |
| 02:08:18 | 17 | Q    Of the business acumen portion -- would you |
| 02:08:23 | 18 | agree that that's a significant portion of the |
| 02:08:29 | 19 | response? |
| 02:08:29 | 20 | A    Yes. |
| 02:08:30 | 21 | Q    What role do you understand that Kahn |
| 02:08:33 | 22 | Creative Partners played in creating the business |
| 02:08:35 | 23 | acumen, Part 2? |
| 02:08:37 | 24 | I'm saying Part 2 because you said Part 1. |
| 02:08:40 | 25 | A    Okay.  Yeah. |

123

| | | |
|---|---|---|
| 02:08:43 | 1 | What role? |
| 02:08:44 | 2 | Q    Right.   What do you believe they were |
| 02:08:48 | 3 | responsible for? |
| 02:08:54 | 4 | A    I mean, like a percentage or -- |
| 02:08:59 | 5 | Q    Sure. |
| 02:09:01 | 6 | A    I'd have to read every single question |
| 02:09:04 | 7 | to -- which there's not -- |
| 02:09:06 | 8 | Q    Well -- |
| 02:09:06 | 9 | A    There's not as many questions.  There was |
| 02:09:08 | 10 | only like nine, I think, so... |
| 02:09:10 | 11 | Q    Okay.  Well, we will be able and we may be |
| 02:09:13 | 12 | able to refresh your recollection. |
| 02:09:14 | 13 | A    I've got an e-mail that I wrote -- sorry -- |
| 02:09:17 | 14 | that I was kind of outlining how we were going to |
| 02:09:20 | 15 | attack that part of it, yes. |
| 02:09:22 | 16 | Q    Yes.  And there's -- there are other |
| 02:09:24 | 17 | e-mails that were kind of -- the landscape changed a |
| 02:09:27 | 18 | little. |
| 02:09:27 | 19 | A    Okay. |
| 02:09:28 | 20 | Q    However, I guess right now, if you can |
| 02:09:30 | 21 | tell me as you sit here what you recollect in terms |
| 02:09:33 | 22 | of a percentage that Kahn Creative Partners was |
| 02:09:35 | 23 | responsible for as far as what we're calling Part 2. |
| 02:09:45 | 24 | A    I'd rather not give a percentage unless I |
| 02:09:49 | 25 | have to look at it, but -- |

124

| | | |
|---|---|---|
| 02:09:49 | 1 | MS. NOVICK:  Well, if you cannot give a |
| 02:09:51 | 2 | percentage with some degree of -- you know, an |
| 02:09:56 | 3 | estimate versus a guesstimate, then we can take some |
| 02:10:00 | 4 | time for you to read it. |
| 02:10:02 | 5 | THE WITNESS:  I would have to say it was |
| 02:10:03 | 6 | probably close to 50-50, somewhere in there. |
| 02:10:11 | 7 | BY MR. ALTMAN: |
| 02:10:11 | 8 | Q    What percentage of the event management |
| 02:10:13 | 9 | overall picture, the Part 1, do you believe that |
| 02:10:17 | 10 | Kahn Creative Partners was responsible for creating? |
| 02:10:25 | 11 | A    Now that I've looked at it and -- |
| 02:10:32 | 12 | 15 percent maybe, somewhere.  Again, that's an |
| 02:10:37 | 13 | estimation without having -- going through |
| 02:10:40 | 14 | everything line by line. |
| 02:10:44 | 15 | Q    Do you -- so you -- you disagree with |
| 02:10:49 | 16 | Ms. Weber's testimony that Kahn Creative Partners |
| 02:10:54 | 17 | created somewhere in the area of 80 to 90 percent of |
| 02:10:59 | 18 | the response to the 2010 RSA conference proposal? |
| 02:11:03 | 19 | A    Absolutely. |
| 02:11:14 | 20 | MR. ALTMAN:  Exhibit 2. |
| 02:11:14 | 21 | BY MR. ALTMAN: |
| 02:11:18 | 22 | Q    I'm going to show you -- |
| 02:11:18 | 23 | MR. ALTMAN:  Oh, okay.  Sorry.  Here you |
| 02:11:18 | 24 | go. |
| 02:11:18 | 25 | /// |

127

| 02:13:24 | 1 | that we had in Las Vegas, it was -- I got my boss to |
| 02:13:29 | 2 | meet some people I've worked with in the past that I |
| 02:13:33 | 3 | think could, you know, be a good group for us to do |
| 02:13:35 | 4 | some work with. |
| 02:13:37 | 5 | Q    Well, let me put it -- ask you this way. |
| 02:13:39 | 6 | A    Yeah. |
| 02:13:39 | 7 | Q    When you wrote this sentence, "a promising |
| 02:13:43 | 8 | partnership," had you presented other Nth Degree |
| 02:13:47 | 9 | business other than RSA -- the RSA conference to |
| 02:13:49 | 10 | Kahn Creative Partners at that the time? |
| 02:13:52 | 11 | A    As a potential opportunity, have I -- when |
| 02:13:56 | 12 | you say have I, did I present -- |
| 02:13:58 | 13 | Q    Well, did you -- you -- when you met with |
| 02:14:00 | 14 | them in Vegas and you -- did you -- did you present |
| 02:14:02 | 15 | to them other actual Nth Degree business other than |
| 02:14:09 | 16 | the RSA conference? |
| 02:14:10 | 17 | A    I wasn't presenting to them the RSA |
| 02:14:12 | 18 | conference at that point because it wasn't even -- |
| 02:14:14 | 19 | it was an idea that this -- one of our clients, RSA |
| 02:14:18 | 20 | being the biggest, may -- you know, my biggest |
| 02:14:24 | 21 | client, may do an RFP. |
| 02:14:26 | 22 | That was -- that was part of the |
| 02:14:27 | 23 | discussion, yeah. |
| 02:14:28 | 24 | Q    You told Kahn Creative Partners that one of |
| 02:14:30 | 25 | your biggest clients may do an RFP? |

128

| 02:14:34 | 1 | A     Correct. |

02:14:34    2        Q    You didn't tell them that they were going

02:14:36    3    to do an RFP?

02:14:42    4        A    I'm not sure exactly how I worded it or --

02:14:45    5    you know, I may have said "I'm assuming" or "I'm --

02:14:49    6    you know, Sandra has alluded to" or something like

02:14:51    7    that.

02:14:52    8            So was more about, "I'm pretty sure it's

02:14:54    9    coming," you know, is -- was the discussion.

02:14:58   10        Q    Did you -- when I say "present," I mean did

02:15:01   11    you introduce, other than the -- any business, any

02:15:09   12    actual Nth Degree business other than this 2010

02:15:13   13    conference RFP at that meeting?

02:15:16   14        A    We talked -- we talked briefly about Cisco

02:15:20   15    and what we were doing with them.

02:15:22   16        Q    What you had done?

02:15:23   17        A    No, and what I was doing at that point with

02:15:26   18    them.

02:15:27   19        Q    Okay.

02:15:27   20        A    We talked briefly about Qualcomm, which was

02:15:32   21    another client of Nth Degree's, and what we were

02:15:34   22    doing with them, and -- I think those are the

02:15:43   23    only -- the only other ones -- sorry.  I'll speak

02:15:43   24    up.  The only other ones that we talked about.

02:15:47   25        Q    Did you ask Kahn -- Kahn Creative Partners

| | | |
|---|---|---|
| 03:10:51 | 1 | Creative Partners can partner for the RSA |
| 03:10:54 | 2 | conference; is that correct? |
| 03:10:55 | 3 | A    Correct. |
| 03:10:56 | 4 | Q    And she -- after this e-mail, did you or |
| 03:11:00 | 5 | anyone on behalf of Nth Degree, if you know, send |
| 03:11:04 | 6 | anything to anyone at Kahn Creative Partners that |
| 03:11:08 | 7 | "We are not looking to you to be a partner or not -- |
| 03:11:14 | 8 | just not looking to you to be a partner in the RSA |
| 03:11:17 | 9 | conference"? |
| 03:11:17 | 10 | MS. NOVICK:   Objection; calls for a legal |
| 03:11:19 | 11 | conclusion, assume facts not in evidence. |
| 03:11:21 | 12 | You can answer. |
| 03:11:22 | 13 | THE WITNESS:   No. |
| 03:11:22 | 14 | BY MR. ALTMAN: |
| 03:11:22 | 15 | Q    Did you or anyone on Nth Degree's side |
| 03:11:29 | 16 | indicate at all to -- in any -- in any writing of |
| 03:11:33 | 17 | any kind -- to Kahn Creative Partners that |
| 03:11:39 | 18 | Nth Degree was looking to Kahn Creative Partners to |
| 03:11:44 | 19 | provide only audience acquisition? |
| 03:11:49 | 20 | A    No. |
| 03:11:55 | 21 | Q    Did you tell anyone or do you know if |
| 03:12:01 | 22 | anyone at Nth Degree told anyone at Kahn Creative |
| 03:12:03 | 23 | Partners following this e-mail from Ms. Weber that |
| 03:12:07 | 24 | Nth Degree was looking to Kahn Creative Partners to |
| 03:12:11 | 25 | provide only audience acquisition? |

09c944e2-625c-4588-aba0-69cc91e0e5fc

| 03:12:21 | 1 | A | Not only audience acquisition, no. |

03:12:23    2       Q    I don't understand your answer.

03:12:25    3       A    Well, we would say that it's to respond to

03:12:27    4    the marketing portion of this RFP.

03:12:31    5       Q    Right.

03:12:31    6       A    Yeah.

03:12:32    7       Q    Did you -- did you say that in writing

03:12:33    8    anywhere following this e-mail to -- from Ms. Weber?

03:12:40    9       A    Not that I know of in writing.

03:12:43    10       Q    Did you say it orally to anyone at Kahn

03:12:48    11    Creative Partners?

03:12:48    12       A    Yes.

03:12:48    13       Q    Okay.  And when did you say it and to whom?

03:12:59    14       A    It -- it was to Mike Trovalli.

03:13:06    15       Q    Using this as a reference point as a date.

03:13:09    16       A    That's what I was trying to do.  Thank you.

03:13:09    17       Q    Right.

03:13:12    18       A    Yes, it was -- it's probably January or

03:13:26    19    February with Mike Trovalli when we were talking

03:13:33    20    about the specific RFP response in the -- in the

03:13:34    21    budget portion.

03:13:35    22       Q    My issue is when you say "probably."  I'm

03:13:39    23    asking for what you recollect.

03:13:40    24            So do you have a specific recollection of

03:13:43    25    telling Mike Trovalli that Nth Degree is only

03:23:04    1    that you -- you know, you --

03:23:06    2        A    Was not overly impressed with -- with Kahn

03:23:10    3    Creative Partners, yes.

03:23:10    4        Q    And you conveyed those sentiments to Kahn

03:23:15    5    Creative Partners?

03:23:15    6        A    Correct.

03:23:16    7        Q    And then you indicate to Ms. Weber that you

03:23:20    8    would like to talk to her about moving the RFP

03:23:26    9    process forward with Kahn Creative Partners; is that

03:23:26    10   correct?

03:23:29    11       A    Correct.

03:23:29    12       Q    Okay.  Mr. Lowe, the business acumen or the

03:23:47    13   Part 2 section -- I'm using, again, your divisional

03:23:51    14   structure of the response to the RFP -- this is an

03:23:57    15   area that you believed you needed Kahn Creative

03:24:04    16   Partners in order to get this business; is that

03:24:06    17   correct?  The RSA 2010 conference?

03:24:10    18       A    Personally I did, yes.

03:24:12    19       Q    Okay.  And you expressed that need to Kahn

03:24:20    20   Creative Partners in terms of getting them to get on

03:24:23    21   board, join the partnership, and work on the 2010

03:24:27    22   conference; is that correct?

03:24:28    23           MS. NOVICK:  Objection; assume facts not in

03:24:29    24   evidence, calls for legal conclusion.

03:24:31    25           You can answer.

Page 164

| 03:24:33 | 1 | BY MR. ALTMAN: |
|---|---|---|
| 03:24:33 | 2 | Q    You may answer. |
| 03:24:35 | 3 | A    Yes. |
| 03:24:35 | 4 | Q    Okay.  And, in fact, you believe that Kahn |
| 03:24:40 | 5 | Creative Partners brought components and skills and |
| 03:24:47 | 6 | a skill set to the partnership that Nth Degree did |
| 03:24:50 | 7 | not have; is that correct? |
| 03:24:54 | 8 | You're look- -- I notice that you're |
| 03:24:55 | 9 | looking at your counsel. |
| 03:24:55 | 10 | MS. NOVICK:  No.  I -- he's waiting for me |
| 03:24:55 | 11 | to object. |
| 03:24:57 | 12 | THE WITNESS:  Because you used the word |
| 03:24:58 | 13 | "partnership." |
| 03:24:58 | 14 | MR. ALTMAN:  You can make it a standing -- |
| 03:24:58 | 15 | let me make it a standing objection. |
| 03:25:00 | 16 | MS. NOVICK:  Objection; calls -- can I have |
| 03:25:01 | 17 | a standing objection whenever you use the term |
| 03:25:03 | 18 | "partnership"? |
| 03:25:03 | 19 | MR. ALTMAN:  Sure. |
| 03:25:04 | 20 | MS. NOVICK:  It calls for a legal |
| 03:25:05 | 21 | conclusion and assume facts not in evidence. |
| 03:25:07 | 22 | MR. ALTMAN:  And just given that you're |
| 03:25:09 | 23 | under the tsuris of a TRO coming up, I'd like to |
| 03:25:13 | 24 | limit the amount that you feel you have to object. |
| 03:25:15 | 25 | MS. NOVICK:  Thank you. |

| 03:25:18 | 1 | MR. ALTMAN: So it's a standing objection. |
| 03:25:20 | 2 | MS. NOVICK: Yes. |
| 03:25:20 | 3 | MR. ALTMAN: So, yes. |
| 03:25:20 | 4 | THE WITNESS: Say the question again. |
| 03:25:22 | 5 | BY MR. ALTMAN: |
| 03:25:22 | 6 | Q    Sure. |
| 03:25:22 | 7 | A    Sorry. |
| 03:25:24 | 8 | MR. ALTMAN: Actually, can you read my |
| 03:25:25 | 9 | question back? |
| 03:25:25 | 10 | (The record was read as follows: |
| 03:24:35 | 11 | "Q    Okay. And, in fact, you |
| 03:24:37 | 12 | believe that Kahn Creative Partners |
| 03:24:40 | 13 | brought components and skills and a |
| 03:24:47 | 14 | skill set to the partnership that |
| 03:24:50 | 15 | Nth Degree did not have; is that |
| 03:24:50 | 16 | correct?") |
| 03:24:50 | 17 | THE WITNESS: That's correct. |
| 03:24:50 | 18 | BY MR. ALTMAN: |
| 03:26:02 | 19 | Q    And the business acumen section did not |
| 03:26:04 | 20 | specifically relate to marketing; is that correct? |
| 03:26:12 | 21 | A    It -- it didn't specifically relate to, I |
| 03:26:21 | 22 | think, any one element of the event. |
| 03:26:25 | 23 | Q    Right. So it wasn't -- but is it safe to |
| 03:26:28 | 24 | say that it wasn't limited to marketing? |
| 03:26:31 | 25 | A    Correct. |

| | | |
|---|---|---|
| 03:25:18 | 1 | MR. ALTMAN:  So it's a standing objection. |
| 03:25:20 | 2 | MS. NOVICK:  Yes. |
| 03:25:20 | 3 | MR. ALTMAN:  So, yes. |
| 03:25:20 | 4 | THE WITNESS:  Say the question again. |
| 03:25:22 | 5 | BY MR. ALTMAN: |
| 03:25:22 | 6 | Q    Sure. |
| 03:25:22 | 7 | A    Sorry. |
| 03:25:24 | 8 | MR. ALTMAN:  Actually, can you read my |
| 03:25:25 | 9 | question back? |
| 03:25:25 | 10 | (The record was read as follows: |
| 03:24:35 | 11 | "Q    Okay.  And, in fact, you |
| 03:24:37 | 12 | believe that Kahn Creative Partners |
| 03:24:40 | 13 | brought components and skills and a |
| 03:24:47 | 14 | skill set to the partnership that |
| 03:24:50 | 15 | Nth Degree did not have; is that |
| 03:24:50 | 16 | correct?") |
| 03:24:50 | 17 | THE WITNESS:  That's correct. |
| 03:24:50 | 18 | BY MR. ALTMAN: |
| 03:26:02 | 19 | Q    And the business acumen section did not |
| 03:26:04 | 20 | specifically relate to marketing; is that correct? |
| 03:26:12 | 21 | A    It -- it didn't specifically relate to, I |
| 03:26:21 | 22 | think, any one element of the event. |
| 03:26:25 | 23 | Q    Right.  So it wasn't -- but is it safe to |
| 03:26:28 | 24 | say that it wasn't limited to marketing? |
| 03:26:31 | 25 | A    Correct. |

| 03:26:31 | 1 | Q Okay. So you, Nth Degree, was looking to |
| 03:26:35 | 2 | Kahn Creative Partners for this partnership in the |
| 03:26:40 | 3 | RSA 2010 conference -- standing objection noted -- |
| 03:26:44 | 4 | for its background, experience, skills, skill |
| 03:26:51 | 5 | set beyond marketing; is that correct? |
| 03:26:53 | 6 | A Sure, yes. |
| 03:26:54 | 7 | Q And you presented that to Kahn Creative |
| 03:27:00 | 8 | Partners, did you not? |
| 03:27:03 | 9 | MS. NOVICK: Objection; vague and |
| 03:27:06 | 10 | ambiguous. |
| 03:27:06 | 11 | THE WITNESS: Presented what? |
| 03:27:07 | 12 | BY MR. ALTMAN: |
| 03:27:07 | 13 | Q That you were looking to Kahn Creative |
| 03:27:10 | 14 | Partners for their business background, experience, |
| 03:27:14 | 15 | skills, their skill set, their expertise in areas |
| 03:27:18 | 16 | beyond marketing? |
| 03:27:20 | 17 | A That I thought that those skill sets -- |
| 03:27:23 | 18 | yeah, that they were important, yes. |
| 03:27:25 | 19 | Q Okay. And when you had your five |
| 03:27:32 | 20 | discussions with Mr. Trovalli where you indicated |
| 03:27:34 | 21 | to him that Kahn Creative Partners' role was limited |
| 03:27:38 | 22 | to marketing as far as preparing the response to |
| 03:27:42 | 23 | the RFP, did you have any conversation with him or |
| 03:27:46 | 24 | anyone else at Kahn Creative Partners explaining why |
| 03:27:52 | 25 | you looked to Kahn Creative Partners -- you, |

| | | |
|---|---|---|
| 03:27:56 | 1 | Nth Degree, looked to Kahn Creative Partners -- for |
| 03:27:57 | 2 | only marketing when you had previously indicated to |
| 03:28:01 | 3 | them that you looked to them for their skills, |
| 03:28:04 | 4 | background, expertise, specialty in areas beyond |
| 03:28:07 | 5 | marketing? |
| 03:28:19 | 6 | MS. NOVICK:  Objection; assumes facts not |
| 03:28:21 | 7 | in evidence, I believe -- and I might be wrong -- |
| 03:28:25 | 8 | that it misstates the tested. |
| 03:28:27 | 9 | BY MR. ALTMAN: |
| 03:28:27 | 10 | Q    You may answer. |
| 03:28:35 | 11 | A    Can you ask that question again? |
| 03:28:36 | 12 | Q    Sure. |
| 03:28:37 | 13 | You've had three to five discussions with |
| 03:28:43 | 14 | Mr. Trovalli either a month after the RFP was |
| 03:28:45 | 15 | issued, two months, maybe even three months. |
| 03:28:48 | 16 | And you indicated that you, in each of |
| 03:28:50 | 17 | these discussions, you would tell him or let him |
| 03:28:54 | 18 | know that you were looking -- Nth Degree was looking |
| 03:28:56 | 19 | to Kahn Creative Partners for a limited role of |
| 03:28:58 | 20 | marketing in the response -- preparing their |
| 03:29:01 | 21 | response to the RFP. |
| 03:29:04 | 22 | You've now testified that you have |
| 03:29:07 | 23 | previously made clear to Kahn Creative Partners that |
| 03:29:09 | 24 | you were looking to them for their background, their |
| 03:29:14 | 25 | experience, their skills, their skill set, their |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


KAHN CREATIVE PARTNERS, INC., an )
Illinois corporation,            )
                                 )
            Plaintiff,           )
                                 )
     vs.                         ) Cause No.
                                 ) CV10-00932JST(FFMx)
NTH DEGREE, INC., aka BEYOND THE )
NTH DEGREE, INC.,  a Delaware    ) Volume II
corporation; and DOES 10 to 10, )
inclusive,                       )
                                 )
            Defendants.          )
_____)



VIDEOTAPED DEPOSITION OF ROBERT A. LOWE

Houston, Texas

Tuesday, February 22, 2011








Reported by:  Dorothy A. Rull
              CSR No. 3978
NDS Job No:   141660

302

1    their head, but what I believe kept them more

2    interested.

3        Q.    I'm not asking about what kept them.

4              What I -- what I want to know from you

5    is:  When do you recollect first representing to Mike

6    Trovalli that Nth Degree intended for Kahn Creative

7    Partners to only get the audience acquisition portion

8    and nothing else?  When was that first representation

9    made?

10       A.    That was early on after we got the RFP,

11   yeah.

12       Q.    Okay.  So prior to the issuance of the

13   RFP --

14       A.    No.  After we got the RPF.

15       Q.    Okay.  So my question to you is:  Because

16   you received the -- you received an early draft of the

17   RFP, and then you received the actual official issuance

18   of the RFP.

19       A.    Yes.

20       Q.    Prior to even the early draft, receiving the

21   early draft of the RFP from -- from RSA, had you ever

22   represented to Mike Trovalli that Nth Degree's

23   intention was that Kahn Creative Partners would only

24   get the audience acquisition and nothing else?

25       A.    Prior to getting that?

303

1        Q.    Yes.

2        A.    I didn't know what was being RFPed at that

3    point --

4        Q.    Right.

5        A.    -- so no.

6        Q.    Right.  But you were -- you had engaged in

7    meetings and discussions and brainstorming even before

8    the issuance of the RFP, you and Kahn Creative

9    Partners?

10              MS. NOVICK:  I'm going to -- objection,

11   that assumes facts not in evidence and mischaracterizes

12   his prior testimony.

13              MR. ALTMAN:  Well, he's testified that

14   he met with him in Las Vegas, he met with them in the

15   Marina, he met with them --

16              MS. NOVICK:  The marina was after the

17   issuance of the RFP.  RFP was issued January 26th.

18              MR. ALTMAN:  And when do you believe

19   the marina meeting took place?

20              MS. NOVICK:  Well, the one I'm speaking

21   about which was the brainstorming was in February.

22              MR. ALTMAN:  No.  But there was --

23   there was a prior...

24   BY MR. ALTMAN:

25       Q.    You met a number of times in the marina, did

# EXHIBIT 102

Zimbra Collaboration Suite                          rsainfo2@kahncreative.com

## Fwd: Talk                          Friday, July 18, 2008 11:21:50 AM

From: sharon.weber@kahncreative.com .
  To: bill.kahn@kahncreative.com

fyi

Sharon Weber
Principal / Brand Strategist
Kahn Creative Partners
sharon.weber@kahncreative.com
O – 702-818-2510
M – 310-480-7129
www.kahncreative.com

----- Forwarded Message -----
From: "Robert Lowe" <rlowe@nthdegree.com>
To: "sharon weber" <sharon.weber@kahncreative.com>
Cc: "Karen Daniele" <KDaniele@nthdegree.com>, "Jeannie Blair" <jblair@nthdegree.com>
Sent: Friday, July 18, 2008 7:37:35 AM GMT -08:00 US/Canada Pacific
Subject: RE: Talk

Great to hear... I am going to CEMA (Computer Event Marketing Association ) next week but I will try to
see about setting something up later next week.... Are you around?


Robert Lowe | VP - Event Architect, Nth Degree Events | p 281.304.9566 | c 281.851.7548

Nth Degree Events | www.nthdegreeevents.com <http://www.nthdegreeevents.com>  | Connecting .
People and Business


From: sharonscottweb@aol.com [mailto:sharonscottweb@aol.com]
Sent: Friday, July 18, 2008 6:32 AM
To: Robert Lowe
Cc: sharon.weber@kahncreative.com; bill.kahn@kahncreative.com
Subject: Re: Talk


Hi Rob:

Always a joy to catch up with you as well. Glad that all is well----can't believe how fast your kids (and
mine!) are growing up.

Yes, I did speak with Bill and we are both interested in talking to you further about a strategic
partnership around the RSA (and possibly beyond.)

Should we set up a call for next week to discuss further? Let me know how you would like to proceed.

Please start using my Kahn Creative Partners email (sharon.weber@kahncreative.com) as I don't check
aol on a daily basis (which is my fabulous excuse for not responding to you earlier!)

Talk soon---
xoxo---sharon

010001

Sharon Scott Weber
Principal, Brand Strategist
Kahn Creative Partners
16 Topsail Street
Marina del Rey, CA 90292
Mobile 310.480.7129
Office 702.818.2501
Home 310.821.2531
sharon.weber@kahncreative.com

WWW. Kahncreative .com


-----Original Message-----
From: Robert Lowe <rlowe@nthdegree.com>
To: Sharonscottweb@aol.com
Sent: Wed, 16 Jul 2008 11:42 am
Subject: Talk

Sharon,

It was nice catching up with you (a little) yesterday... I know you are swamped but wanted to see if you
had a opportunity to chat with Bill about our conversation... just let me know if you guys are interested
in talking about RSA and the opportunity I see upcoming.


Rob


Robert Lowe | VP - Event Architect, Nth Degree Events | p 281.304.9566 | c 281.851.7548

Nth Degree Events | www.nthdegreeevents.com <http://www.nthdegreeevents.com/>  | Connecting
People a nd Business


The Famous, the Infamous, the Lame - in your browser. Get the TMZ Toolbar Now
<http://toolbar.aol.com/tmz/download.html?NCID=aolcmp00050000000014> !

EXHIBIT 103

| From: | Robert Lowe <rlowe@nthdegree.com> |
|---|---|
| Sent: | Monday, May 18, 2009 6:15 PM |
| To: | 'sharon' <sharon.weber@kahncreative.com>; 'mike.trovalli@kahncreative.com' |
| Bcc: | Jeannie Blair <jblair@nthdegree.com>; Karen Daniele <KDaniele@nthdegree.com> |
| Subject: | Initial Thoughts |

First, thank you for all the work you all did today...second, I am sending this only to the two of you because I don't even want to imagine what Clare's response would be to this note, and quite frankly I don't want to see it.... I know how smart she is but she has an unique ability to make everyone feel stupid and inferior to herself, and I am not a unsecure person ☺... whatever it is I am sure she is great in presentations so I will hold my tongue to get through this ....

We have a few concerns and thoughts on what you proposed this afternoon:
1)      After reading Sandra's note once again I am not sure your approach really answers her requests in a way she will be able to connect.    She specifically says
*"Our goal for this on-site meeting is to have you showcase your strategic thinking.  Based on your reading (and analysis) of a recent New Yorker article... we would like you to present on two important parts of our business where we feel are a bit of a "David" to the competitors "Goliaths."  Your job during this meetings is to articulate how can we change the rules to create a more winning proposition for each piece of business... What our David strategy should be for both the 365 and Europe..."*

While I understand that you are hoping to get to these points throughout the presentation and within the universe metaphor, I am not sure you are taking an direct enough approach towards "answering" her questions.  I think that the David and Goliath metaphor is much more than the initial CHANGE THE RULES lesson.   A statement was made on the call that it was too thin to allow us the needed breadth to really cover all that we need to, and I really don't think that is correct.  I think the metaphor can be expanded out exponentially to cover everything we need to cover in the discussions.

I do however understand the need to look at the conference and all of its elements holistically and even the priority of doing such a thing, so If you all think that the universe metaphor is the way to go we will support it for your messages.

2)      The second concern we have with the "strategic, higher level message" is that this is not something that Bruce, Karen or Jeannie are comfortable delivering.  It is not what we "are" to them and feel that it could come off somewhat forced if we try to insert ourselves into this message. (You and I should talk about why this is the case over dinner sometime)  We feel that it is important for you all to provide them with this type message and to get across since you are new to the team and were brought into this team to exactly fill this void... so we were wondering if we could figure out a smooth way to give them the best of both.  Is there a way to present to them in a way that they will get all the strategic, big thinking direction, allowing us to provide our historical knowledge and understanding that they need specifics?  Could we be the ones who drill down into some of the ideas and discuss how they could work realistically????

3)      The last thing, which we all talked about on the call is our hesitation of them becoming engaged with the conversation and discussion.  I think it can be done but should not be expected to be as easy as you all might think, especially since we will be "meeting" with people in London, Boston and in San Mateo.

Feel free to cut portions of this note and send it to Clare and team... just needed you to understand that Clare's approach has really shut off my team from saying much because her reactions are so ..."what are you stupid".... As you could likely tell, I was trying to get Bruce and team to chime in more but they told me that it never feels like she cares what anyone says and really has her mind made up....just an fyi

Call tonight if you want.... We will figure this out but I underestimated how hard it would be to get two groups of different types of thinkers to get on the same page... working virtually really makes this hard....

Let me know what you think we should do next...

D 03321

Robert Lowe | VP - Event Architect, Nth Degree Events | p 281.304.9566 | c 281.851.7548

Nth Degree Events | www.nthdegreeevents.com | Connecting People and Business

D 03322

EXHIBIT 104

Zimbra Collaboration Suite                                        rsainfo2@kahncreative.com

Thanks                                       Thursday, August 07, 2008 6:25:35 PM

From: rlowe@nthdegree.com
 To: dean@hillskahn.net; bill.kahn@kahncreative.com; mike.trovalli@kahncreative.com;
    sharon.weber@kahncreative.com; dean.hills@kahncreative.com
 Cc: KDaniele@nthdegree.com

I just wanted to send you all a quick note saying thanks for taking the time to meet with us in Vegas
yesterday. I felt it was a productive step towards a promising partnership.

Let me know if you have any questions, otherwise I will be in touch soon.

Rob

Robert Lowe | VP - Event Architect, Nth Degree Events | p 281.304.9566 | c 281.851.7548
Nth Degree Events | www.nthdegreeevents.com | Connecting People and Business

010025

# EXHIBIT 105

Zimbra Collaboration Suite                                    rsainfo@kahncreative.com

Fwd: RSA Meeting Follow Up                          Sunday, June 28, 2009 9:43:22 PM
From: sharon.weber@kahncreative.com
  To: rsainfo@kahncreative.com


Sharon Weber
Principal / Brand Strategist
Kahn Creative Partners
sharon.weber@kahncreative.com
O – 702-818-2510
M – 310-480-7129
www.kahncreative.com

----- Forwarded Message -----
From: "Robert Lowe" <rlowe@nthdegree.com>
To: "Sharon Weber" <sharon.weber@kahncreative.com>, "Karen Daniele"
<KDaniele@nthdegree.com>, "Jeannie Blair" <jblair@nthdegree.com>
Sent: Wednesday, December 10, 2008 6:56:47 AM GMT -08:00 US/Canada
Pacific
Subject: RE: RSA Meeting Follow Up

Thanks for the note but the attachment did not make it through.  You may want to post it to your project
site and let me know how to access it....

I have no issue with you sending along a note and a copy of the aforementioned book... great idea.

We were wondering if you and whomever from your team you feel necessary, would be available for a
conference call the afternoon of Monday January 5th?  Bruce and I will both be in Boston with Jeannie
and Karen that afternoon and think it would be a great time to chat about our next steps.... What do you
think?


It was GREAT seeing you again and I can't wait to start working together on this... somehow ☺

Rob


Their contact information:
Paula.belikove@rsa.com
Sandra.toms-lapedis@rsa.com

*RSA Conference*
*177 Bovet Rd., Ste. 200*
*San Mateo, CA 94402*

Robert Lowe | VP - Event Architect, Nth Degree Events | p 281.304.9566 | c 281.851.7548
Nth Degree Events | www.nthdegreeevents.com | Connecting People and Business

**From:** Sharon Weber [mailto:sharon.weber@kahncreative.com]
**Sent:** Wednesday, December 10, 2008 7:43 AM
**To:** Robert Lowe; Karen Daniele; Jeannie Blair
**Subject:** Fwd: RSA Meeting Follow Up

Trying this a second time as the file was too large to get through. We'll set up
a page on our KCP project site where I can post this.

All best,
Sharon

Sharon Weber
Principal / Brand Strategist
Kahn Creative Partners
sharon.weber@kahncreative.com
O – 702-818-2510
M – 310-480-7129
www.kahncreative.com

----- Forwarded Message -----
From: "Sharon Weber" <sharon.weber@kahncreative.com>
To: "Robert Lowe" <rlowe@nthdegree.com>, "Karen Daniele"
<KDaniele@nthdegree.com>, "Bill Kahn" <bill.kahn@kahncreative.com>
Sent: Wednesday, December 10, 2008 5:37:56 AM GMT -08:00 US/Canada
Pacific
Subject: RSA Meeting Follow Up

Dear Rob, Karen and Jeannie:

Many thanks again for arranging a meeting with Sandra and her team to
introduce Kahn Creative Partners to her.

I felt that the meeting was very productive and set a good foundation for our
continued dialogue around how our two companies can partner in a
collaborative relationship for the RSA conference. Congratulations on what
you have achieved to date in both developing an agency type relationship
with Sandra and her team and in creating a unique and valuable conference
experience for the RSA conference attendees.

As follow up and toward the objective of helping Sandra with the RFP
development process, attached is the response that won the JD Edwards
business for Jack Morton a few years back. It may be a good starting point for
helping Sandra organize the conference components into distinct elements.

I'd like to send Sandra and Paula thank you notes with a copy of "A Technique for Producing Ideas" if you are okay with that. Please let me know.

Thanks again for introducing us and we look forward to the continued dialogue.

Happy Holidays to all of you.

With warmest regards,
Sharon

Sharon Weber
Principal / Brand Strategist
Kahn Creative Partners
sharon.weber@kahncreative.com
O – 702-818-2510
M – 310-480-7129
www.kahncreative.com

010080

# EXHIBIT 106

Zimbra Collaboration Suite                                              rsainfo@kahncreative.com

Fwd: catch up                                          Sunday, June 28, 2009 9:58:43 PM
From: sharon.weber@kahncreative.com
  To: rsainfo@kahncreative.com

RE strategic approach to RFP response

Sharon Weber
Principal / Brand Strategist
Kahn Creative Partners
sharon.weber@kahncreative.com
O – 702-818-2510
M – 310-480-7129
www.kahncreative.com

----- Forwarded Message -----
From: "Robert Lowe" <rlowe@nthdegree.com>
To: "Sharon Weber" <sharon.weber@kahncreative.com>
Sent: Wednesday, February 4, 2009 3:46:01 PM GMT -08:00 US/Canada
Pacific
Subject: catch up

Sharon,
Got you message... when can we talk tomorrow... feel it will be good to chat after you catch up with Clare
tonight... what times would work for you tomorrow?

I want to put an agenda and some sort of process to what we are going to do next week and even put
some pre-work in the minds of the participants before next week's session. I really think this is important
in order to get the most out of our precious face to face time....

I really think there are a few high level things we need to address as well as all the brainstorming for the
Biz Acumen section. Thinking out loud here are the high points we need to address before we get into
the nitty-gritty....

What is our overarching approach, theme and voice for our response? (Wrapper)
How do we want to approach all the different decisions makers throughout the process?  There are 7 RSA
Conference team members
What are our initial thoughts on "design" ideas for our response? (will most likely come after our
brainstorming time)
What do we want the RSA Conference team members to experience when they are reading our response
and "seeing" our presentation?
What is the best way to present our partnership to them?
... and I am sure more will come...

I am in a bunch of meetings tomorrow and have a Dr's apt which will cause me to be out of touch from
about 10 CST to Noon CST.... Let me know what may work for you...

012962

Rob
PS – Got a note from Denise Cannon today... about Intel IDF, interesting world we live in ☺

Robert Lowe | VP - Event Architect, Nth Degree Events | p 281.304.9566 | c 281.851.7548
Nth Degree Events | www.nthdegreeevents.com | Connecting People and Business

# EXHIBIT 107

Zimbra Collaboration Suite                                    rsainfo2@kahncreative.com

Fwd: RFP                                          Monday, January 12, 2009 6:46:05 AM

From: sharon.weber@kahncreative.com
   To: partners@kahncreative.com

From Rob on the RSA RFP proposal for discussion on tomorrow's partner call.

Thanks,
Sharon

Sharon Weber
Principal / Brand Strategist
Kahn Creative Partners
sharon.weber@kahncreative.com
O – 702-818-2510
M – 310-480-7129
www.kahncreative.com

----- Forwarded Message -----
From: "Robert Lowe" <rlowe@nthdegree.com>
To: "Sharon Weber" <sharon.weber@kahncreative.com>
Sent: Monday, January 12, 2009 6:22:04 AM GMT -08:00 US/Canada Pacific
Subject: RFP

Sharon,
I sent this note out to my main internal team (Karen, Bruce & Jeannie) regarding our initial thoughts and
conversations for the RFP discussion and brainstorming. Please take a look at it and feel free to send it on
to anyone inside Kahn you feel necessary (Let me know if you have any ideas who this may be)

I just wanted you to know where I am mentally on this RFP....

Approach:

1) Answer all the questions as if this were our entry into this project. What I mean with this is we
   cannot allow ourselves to get caught in the trap of saying "they know how we do that" or " we
   taught them how to do that," rather we must answer the question completely and
   professionally. We must understand that this proposal is likely to have legs inside RSA and even
   EMC and must give Sandra the needed ammo for justifying retaining Nth Degree and team.

2) We must approach the "Business Acumen" section differently than we have ever done. After
   speaking to Sandra in length, this is the area, besides the $$$ element, that she is going to pay the
   most attention. This area is where RSA hopes to get a glimpse into the conference's future, and
   we must be the team who provides the best picture and direction.
   a. After a few discussions between Jeannie, Bruce and I, we have landed on the initial idea
      of actually trying to give her a narrative of what the event will be like from an attendees
      perspective 5-15 years from now.  We are investigating a few ideas on how to best do
      this and will discuss them next week.

013093

      b.  Strategic Direction – we all should be familiar with Sandra hopes and wishes in this area, we just need to develop the "wrapper" for the entire RSA Conference brand. This goes way beyond the conferences' themselves and dives into the web and any other brand extension elements we can come up with.

3) Marketing – this is where we will need to define the role Kahn Creative will play in this proposal and project. It is my hope that we can replace all of what The Hacker Group currently does with resources from Kahn Creative. We should discuss this further as a group.

4) Budgeting – Sandra is not yet sure how she is going to request the budget information. Quite frankly she is confused as to what the best approach for this will be. We should talk about what we would suggest she do for this section of the RFP, if we have an approach that we feel will show us in the best light.

5) Audio visual, Production and connection- I am going to ask her about why this section currently sits in the RFP because of the RFP process we went through earlier this year for the "John Halloran" elements of the event??? I can't see her wanting to go through this again just one year later, but I suspect that if another company were awarded the project, they would want to bring in their own production resources to the project... but I wonder if she really wants us to "re-bid" this section???

We can start our conversation this week on the above points.

Talk soon,

Rob

Robert Lowe | VP - Event Architect, Nth Degree Events | p 281.304.9566 | c 281.851.7548
Nth Degree Events | www.nthdegreeevents.com | Connecting People and Business

EXHIBIT 108

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


KAHN CREATIVE PARTNERS, INC.,
an Illinois corporation,

        Plaintiff,

                        No. CV-10-0932

    vs.

NTH DEGREE, INC., aka BEYOND
NTH DEGREE, INC., a Delaware
corporation,

        Defendant.

_____


VIDEOTAPED DEPOSITION OF JEAN E. BLAIR

January 11, 2011

10:04 a.m.



725 South Figueroa Street, Suite 2500
Los Angeles, California



Diana Janniere, CSR-10034



ESQUIRE
an Alexander Gallo Company

Toll Free: 877.342.5600
Facsimile: 310.286.0276

Suite 500
1875 Century Park East
Los Angeles, CA 90067
www.esquiresolutions.com

1    receiving the attachment.  There is a -- there appears

2    to be a two-page spreadsheet at the top -- at the very

3    top of the spreadsheet, it says, "Part 2 Business

4    Acumen."  Do you recall receiving this spreadsheet?

5              MR. SIEGEL:  Can I have some clarification?

6    Page 1 and 2 of the exhibit appears to be two separate

7    E-mails.  So I am not sure -- do we have the same --

8    BY MR. MASUTANI:

9         Q    Well, you know, in looking at this E-mail, it

10   looks like the -- the spreadsheet might have been

11   attached to the Patty Anderson to Nonie Ravenberg

12   E-mail, but I am wondering if you take a look at the

13   attachment, there is a spreadsheet.

14             Do you recall receiving the spreadsheet,

15   reviewing the spreadsheet?

16             MR. SIEGEL:  Your first is different than our

17   first page.

18             THE WITNESS:  Yeah, I think it doesn't -- the

19   first page doesn't belong with this.

20             MR. SIEGEL:  We don't have this -- I think if

21   you take off this page, it starts the right --

22             THE WITNESS:  Maybe that's it.

23             MR. MASUTANI:  Let's do that.

24             MR. SIEGEL:  Can we start over?

25   BY MR. MASUTANI:



ESQUIRE
an Alexander Gallo Company

Toll Free: 877.342.5600
Facsimile: 310.286.0276

Suite 500
1875 Century Park East
Los Angeles, CA 90067
www.esquiresolutions.com

JEAN E. BLAIR                                    January 11, 2011

124

1       Q    Sure.   I wanted you to take a look at this

2    E-mail and, more importantly, the attachment to the

3    E-mail, which is an Excel spreadsheet.

4            Do you recall seeing the spreadsheet which

5    delegates responsibility with respect to responding to

6    the Business Acumen portion of the Request For Proposal?

7       A    I do.

8       Q    And in terms of the delegation of duties in

9    this spreadsheet, do you recall whether the delegation

10   was agreed to at that February meeting or is it

11   something, you know, that was created afterwards?

12      A    The February meeting, the face-to-face meeting

13   at Sharon's --

14      Q    Yes.   I am wondering if you have any knowledge

15   as to who -- who came up with this spreadsheet in terms

16   of the delegation of the duties?

17           MR. SIEGEL:   Calls for speculation.

18           THE WITNESS:   It looks like Rob would have

19   put together this spreadsheet, if he had input.   I am

20   sure he had input of some kind from other team members.

21   BY MR. MASUTANI:

22      Q    Do you recall whether or not there was

23   specific discussion at that February meeting as to how

24   the Business Acumen section would be delegated?

25      A    I don't recall.



ESQUIRE
an Alexander Gallo Company

Toll Free: 877.342.5600
Facsimile: 310.286.0276

Suite 500
1875 Century Park East
Los Angeles, CA 90067
www.esquiresolutions.com

# EXHIBIT 109

Page 1 of 1

Zimbra Collaboration Suite                                        rsainfo@kahncreative.com

Fwd: Agency RFI                                    Monday, June 29, 2009 7:17:42 AM
       From: sharon.weber@kahncreative.com
         To: rsainfo@kahncreative.com
Attachments: RSA Conference 2010 -- AGENCY RFI.doc (148.7KB)

Sharon Weber
Principal / Brand Strategist
Kahn Creative Partners
sharon.weber@kahncreative.com
O – 702-818-2510
M – 310-480-7129
www.kahncreative.com

----- Forwarded Message -----
From: "paula belikove" <paula.belikove@rsa.com>
To: "sharon weber" <sharon.weber@kahncreative.com>
Cc: rlowe@nthdegree.com
Sent: Wednesday, April 1, 2009 4:16:42 PM GMT -08:00 US/Canada Pacific
Subject: Agency RFI

Sharon

Attached is the agency RFI we discussed on the phone last week. It's a more formal version of what was
put in the original RFP -- but shouldn't change your outlook on what we're asking for.

Please let me know if you have any questions!

Paula

011166

# EXHIBIT 110

| From: | crobertsonassoc@aol.com |
|---|---|
| Sent: | Monday, May 18, 2009 11:59 AM |
| To: | Robert Lowe <rlowe@nthdegree.com>; sharon.weber@kahncreative.com |
| Subject: | Re: RSA 2010: RFP Next Steps |

Rob/Sharon,
Was thinking about all of you this weekend and wondering how its all going. Should I give Linda a call to see if she would like to touch base before the 28th?
Cathy

-----Original Message-----
From: Robert Lowe <rlowe@nthdegree.com>
To: crobertsonassoc@aol.com <crobertsonassoc@aol.com>
Sent: Wed, 13 May 2009 21:56
Subject: FW: RSA 2010: RFP Next Steps

Cathy,
I just wanted to reach out to you and show you (below) how the client has
responded to us and what they are asking for us in regards to the face to face
presentation.  As you will see, the European event is the second largest element
that we are to focus on....

We are trying to develop a strategy for the face to face presentation, including
how and who will be involved in the presentation.

Just wanted to keep you in the loop... either Sharon or I will get back to you
ASAP.

FYI- Linda received our package yesterday with all the RFP documents... she is
plowing through them now..

Rob

Robert Lowe | VP - Event Architect, Nth Degree Events | p 281.304.9566 | c
281.851.7548
Nth Degree Events | www.nthdegreeevents.com | Connecting People and Business

-----Original Message-----
From: sandra.toms-lapedis@rsa.com [mailto:sandra.toms-lapedis@rsa.com]
Sent: Wednesday, May 13, 2009 12:58 PM
To: Robert Lowe; Karen Daniele
Cc: rsa.RSAConferenceTeam@emc.com
Subject: RSA 2010: RFP Next Steps
Importance: High

Hi Rob and Karen,

Thank you for your thoughtful RFP response.  We would like to invite
your firm to participate in the next level of discussions with us, which
involves presenting to the RSA Conference  team:

*    Linda Lynch via video phone in Bracknell, UK;
*    Jeanne Friedman (RSA365 Editor) & Diane Staheli (webmaster) via
video phone in Bedford, MA
*    and the RSA/EMC procurement manager (Bill Meehan via conference
call)

In person attendees include Becky Kavanagh, Paula Belikove and I, as
well as my direct manager (Brian Fitzgerald, VP of Marketing, RSA) .
This meeting will take place:

Thursday, May 28, 2009, 9:30 a.m. - noon (Pacific)
RSA offices at 177 Bovet Dr., Ste 200, San Mateo, CA

Our goal for this on-site meeting is to have you showcase your strategic

thinking.  Based on your reading (and analysis) of a recent New Yorker
article written by Malcolm Gladwell titled
http://www.newyorker.com/reporting/2009/05/11/090511fa_fact_gladwell
<http://www.newyorker.com/services/referral?messageKey=54c50360c28998055
5ee219b5eedf886> , we would like you to present on two important parts
of our business where we feel are a bit of a "David" to the competitors
"Goliaths."  Your job during this meetings is to articulate how can we
change the rules to create a more winning proposition for each piece of
business.

So specifically, we would like you to tell us:
1) What our "David" strategy should be with RSA 365 (90-minutes) --
Goliaths here can include other web portals or event sites.
2) What our "David" strategy should be with RSA Conference Europe 2010
(60-minutes) -- the Goliath is InfoSec Europe and corporate events.
And finally, be prepared to answer questions we may have as a result of
your response to our RFP (30-minutes).

Additionally, we request that the agency members who will make up our
day-to-day team be in the room and present portions of this plan.

We believe this discussion will be an exciting way for your agency to
show us what you've got.  Please let me know if you have any questions
or issues with the time/date we've slotted for you.

Please also let me know if you will need a projector or an Internet
connection to support your presentation (note that because of our
security policies, your computers will not be able to access the
Internet at our offices;  we will provide a computer for you, if
necessary for Internet access).

Regards,
Sandra


Sandra Toms LaPedis | AVP/GM RSA Conference | P: 650.931.9680 | F:
650.573.9674 | www.rsaconference.com <http://www.rsaconference.com/>


Click here to get the very best of AOL, including news, sport, gossip, lifestyles updates and email.

# EXHIBIT 111

| From: | Robert Lowe <rlowe@nthdegree.com> |
|---|---|
| Sent: | Monday, May 18, 2009 6:15 PM |
| To: | 'sharon' <sharon.weber@kahncreative.com>; 'mike.trovalli@kahncreative.com' |
| Bcc: | Jeannie Blair <jblair@nthdegree.com>; Karen Daniele <KDaniele@nthdegree.com> |
| Subject: | Initial Thoughts |

First, thank you for all the work you all did today...second, I am sending this only to the two of you because I don't even want to imagine what Clare's response would be to this note, and quite frankly I don't want to see it.... I know how smart she is but she has an unique ability to make everyone feel stupid and inferior to herself, and I am not a unsecure person ☺... whatever it is I am sure she is great in presentations so I will hold my tongue to get through this ....

We have a few concerns and thoughts on what you proposed this afternoon:
1)   After reading Sandra's note once again I am not sure your approach really answers her requests in a way she will be able to connect.   She specifically says
"Our goal for this on-site meeting is to have you showcase your strategic thinking.  Based on your reading (and analysis) of a recent New Yorker article… we would like you to present on two important parts of our business where we feel are a bit of a "David" to the competitors "Goliaths."  Your job during this meetings is to articulate how can we change the rules to create a more winning proposition for each piece of business…. What our David strategy should be for both the 365 and Europe…"

While I understand that you are hoping to get to these points throughout the presentation and within the universe metaphor, I am not sure you are taking an direct enough approach towards "answering" her questions.  I think that the David and Goliath metaphor is much more than the initial CHANGE THE RULES lesson.   A statement was made on the call that it was too thin to allow us the needed breadth to really cover all that we need to, and I really don't think that is correct. I think the metaphor can be expanded out exponentially to cover everything we need to cover in the discussions.

I do however understand the need to look at the conference and all of its elements holistically and even the priority of doing such a thing, so If you all think that the universe metaphor is the way to go we will support it for your messages.

2)     The second concern we have with the "strategic, higher level message" is that this is not something that Bruce, Karen or Jeannie are comfortable delivering.  It is not what we "are" to them and feel that it could come off somewhat forced if we try to insert ourselves into this message. (You and I should talk about why this is the case over dinner sometime)  We feel that it is important for you all to provide them with this type message and to get across since you are new to the team and were brought into this team to exactly fill this void... so we were wondering if we could figure out a smooth way to give them the best of both.  Is there a way to present to them in a way that they will get all the strategic, big thinking direction, allowing us to provide our historical knowledge and understanding that they need specifics? Could we be the ones who drill down into some of the ideas and discuss how they could work realistically????

3)     The last thing, which we all talked about on the call is our hesitation of them becoming engaged with the conversation and discussion. I think it can be done but should not be expected to be as easy as you all might think, especially since we will be "meeting" with people in London, Boston and in San Mateo.

Feel free to cut portions of this note and send it to Clare and team... just needed you to understand that Clare's approach has really shut off my team from saying much because her reactions are so ..."what are you stupid".... As you could likely tell, I was trying to get Bruce and team to chime in more but they told me that it never feels like she cares what anyone says and really has her mind made up....just an fyi

Call tonight if you want.... We will figure this out but I underestimated how hard it would be to get two groups of different types of thinkers to get on the same page... working virtually really makes this hard....

Let me know what you think we should do next...

D 03321

Robert Lowe | VP - Event Architect, Nth Degree Events | p 281.304.9566 | c 281.851.7548

Nth Degree Events | www.nthdegreeevents.com | Connecting People and Business

D 03322

# EXHIBIT 112

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KAHN CREATIVE PARTNERS, INC., an )
Illinois corporation,              )
                                   )
            Plaintiff,             )
                                   )
    vs.                            ) Cause No.
                                   ) CV10-00932JST(FFMx)
NTH DEGREE, INC., aka BEYOND THE   )
NTH DEGREE, INC., a Delaware       ) Volume I
corporation; and DOES 10 to 10,   )
inclusive,                         )
                                   )
            Defendants.            )
_____)

VIDEOTAPED DEPOSITION OF KAREN DANIELE

Boston, Massachusetts

Friday February 25, 2011

Reported by:  Lori Atkinson

NDS Job No.:  141043

Page 167

1                    MR. SIEGEL:  Objection.  Calls for a

2          legal conclusion.  Assumes facts not in

3          evidence.  Vague and ambiguous.

4    Q.    You may still answer?

5    A.    No, I did not contract anyone.

6    Q.    Did you ever tell anyone at Kahn Creative

7          Partners that they were not Nth Degree's

8          partner?

9                    MR. SIEGEL:  Objection.  Vague and

10         ambiguous.  Calls for a legal conclusion.

11   A.    I never told them they were.

12   Q.    Isn't it true that much of the stand-up

13         presentation that was put on by either Kahn

14         Creative Partners or Kahn Creative Partners

15         individuals that Kahn Creative Partners had

16         brought in?

17   A.    I wouldn't say most but a good section of it

18         was.

19   Q.    I significant portion of it was?

20   A.    Yes.

21   Q.    In fact, a greater portion of the stand-up

22         presentation was put on by Kahn Creative

23         Partners or the people that Kahn Creative

24         Partners had brought in than Nth Degree; is that

25         correct?

52cf0aa9-a897-4e00-8e49-16c7ca7677d3

Page 168

1          MR. SIEGEL:  Objection.  Misstates
2      testimony.  Argumentative.
3   A.  Yes.  It was a gift to them.  They weren't
4       winning and I thought that was their chance to
5       prove that they could do the audience
6       acquisition.  I felt we were in a much stronger
7       place.  We had already proven ourselves.
8   Q.  When you said they weren't winning?  Did you
9       know that Kahn Creative partners wasn't winning
10      the bid at that point in time?
11  A.  No.
12  Q.  When you said they "weren't winning," what did
13      you mean by that?
14  A.  We were a known entity and Sandra didn't want to
15      leave us.  Sandra didn't know them very well.
16      I don't think that they at many times probably
17      put their best foot forward with Sandra.
18  Q.  When you said they weren't winning what was that
19      based on?
20          MR. SIEGEL:  Objection.  Asked and
21      answered.  Argumentative.
22  A.  Exactly what I just said, they hadn't put their
23      best food forward and weren't showing them the
24      best thing.  When they were at the RSA
25      conference.  I think they missed a good

52cf0aa9-a897-4e00-8e49-16c7ca7677d3

# EXHIBIT 113

| From: | Robert Lowe <rlowe@nthdegree.com> |
|---|---|
| Sent: | Tuesday, June 2, 2009 8:38 AM |
| To: | Jeannie Blair <jblair@nthdegree.com>; Bruce Porter <BPorter@nthdegree.com>; Bree LaBollita <BLaBollita@nthdegree.com>; Amy Szymanski <ASzymanski@nthdegree.com>; Mandy Schu <mschu@nthdegree.com>; Lilian Barbadora <LBarbadora@nthdegree.com>; Lorrie Minor Ridley <LRidley@nthdegree.com>; 'marcy.weeks@eventbuilders.com'; Khadijah Theus <KTheus@nthdegree.com>; Susan Hines <shines@nthdegree.com>; Wendy Anderson <WAnderson@nthdegree.com>; Don Rosette <DRosette@nthdegree.com>; Anthony O'Shea <AOShea@nthdegree.com>; Jesse Meyer <JMeyer@nthdegree.com>; Donal Murphy <DMurphy@nthdegree.com>; Kelly Tobin <KTobin@nthdegree.com>; Pam Player <pplayer@nthdegree.com>; Karen Daniele <KDaniele@nthdegree.com>; Lisa Ramsey <LRamsey@nthdegree.com>; Nonie Ravenberg <NRavenberg@nthdegree.com> |
| Cc: | John Yohe <jyohe@nthdegree.com>; Nan Lyons <NLyons@nthdegree.com> |
| Subject: | RSA RFP Update |

I just wanted to send a quick note out to everyone regarding the RSA RFP. As you all know we presented to the RSA team last Thursday Moring. The presentation went off perfectly and was "valuable and interesting" as Sandra put it during my conversation yesterday. This is a great sign because she also told me that at least one of the competitions presentation was a "waste of time." (Jack Morton and George P were the other two presenters) Another good sign was that Sandra's boss attended our whole presentation (he only attended bits and pieces of the JWMM and GPJ presentation) and had a bunch of good questions at the end of the official presentation, so it seems as though we kept him interested ☺

Sandra informed me that she plans on announcing the winner sometime later this week. I will let you all know as soon as I hear something. Keep your fingers, toes and anything else you can find crossed...

Rob

Robert Lowe | VP - Event Architect, Nth Degree Events | p 281.304.9566 | c 281.851.7548
Nth Degree Events | www.nthdegreeevents.com | Connecting People and Business

D 03435

# EXHIBIT 114

| From: | Robert Lowe <rlowe@nthdegree.com> |
|---|---|
| **Sent:** | Friday, June 5, 2009 12:00 PM |
| **To:** | Robert Lowe <rlowe@nthdegree.com>; Jeannie Blair <jblair@nthdegree.com>; Bruce Porter <BPorter@nthdegree.com>; Bree LaBollita <BLaBollita@nthdegree.com>; Amy Szymanski <ASzymanski@nthdegree.com>; Mandy Schu <mschu@nthdegree.com>; Lilian Barbadora <LBarbadora@nthdegree.com>; Lorrie Minor Ridley <LRidley@nthdegree.com>; 'marcy.weeks@eventbuilders.com'; Khadijah Theus <KTheus@nthdegree.com>; Susan Hines <shines@nthdegree.com>; Wendy Anderson <WAnderson@nthdegree.com>; Don Rosette <DRosette@nthdegree.com>; Anthony O'Shea <AOShea@nthdegree.com>; Jesse Meyer <JMeyer@nthdegree.com>; Donal Murphy <DMurphy@nthdegree.com>; Kelly Tobin <KTobin@nthdegree.com>; Pam Player <pplayer@nthdegree.com>; Nonie Ravenberg <NRavenberg@nthdegree.com>; John Kodis <JKodis@nthdegree.com>; John Tatusko <JTatusko@nthdegree.com>; Kimberly Floreano <kfloreano@nthdegree.com>; Phyllis MacIsaac <pmacisaac@nthdegree.com> |
| **Cc:** | John Yohe <jyohe@nthdegree.com>; Nan Lyons <NLyons@nthdegree.com>; Scott Bennett <sbennett@nthdegree.com>; Karen Daniele <KDaniele@nthdegree.com>; Lisa Ramsey <LRamsey@nthdegree.com>; Shannon Scherer <sscherer@nthdegree.com>; Jeannie Blair <jblair@nthdegree.com> |
| **Subject:** | RE: RSA RFP Update |

I am thrilled to announce to everyone that Nth Degree has been chosen by RSA to continue with the management of RSA Conference US and Europe events. The bottom line is that our role will remain the same moving forward as it has been for the past 6 years. They have not made an official decision in regards to the marketing elements of the program, but I expect a decision in this area to come down sometime over the next few of weeks.

I wanted to say thank you to everyone for ALL the hard work and devotion this team continues to provide RSA Conference. It is because of the job you all do that, in my estimation, this was an easy decision ☺. I continue to be in awe of the professionalism, the focus, the dedication and the work product this teams delivers year after year. It truly is second to none.

Although this process has been long, stressful and at times extremely taxing, take pride in the professional manner you all demonstrated throughout. In the spirit of "something good always comes out of hard work"… I suspect this process has highlighted to RSA what a special team and partnership they have with each and every one of you as well as Nth Degree as a whole.…

Be proud, we went head to head against the Goliath's of the industry and came out on top. So take some time to sit back, relax and relish in our victory… Because you all know the work is right around the corner ☺

Thanks again for everything.

Rob

Robert Lowe | VP - Event Architect, Nth Degree Events | p 281.304.9566 | c 281.851.7548
Nth Degree Events | www.nthdegreeevents.com | Connecting People and Business